AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00618 |
| JAMES TATE GRANT | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 9/29/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*              JAMES TATE GRANT                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury;
18 U.S.C. §§ 231(a)(3), 2 - Civil Disorder;
18 U.S.C. § 1512(c)(2)- Obstruction of an Official Proceeding;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building;
40 U.S.C § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:   09/29/2021                                    2021.09.29
                                                      18:13:07 -04'00'
                                                      *Issuing officer's signature*

City and state:    Washington, D.C.             Robin M. Meriweather, U.S. Magistrate Judge
                                                      *Printed name and title*

---

### Return

This warrant was received on *(date)*  9/29/21 , and the person was arrested on *(date)*  10/14/21
at *(city and state)*  Cary, NC .

Date:  10/15/21                           _____
                                                *Arresting officer's signature*

                                          FBI SA Craig Noyes
                                                *Printed name and title*