UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | 21-mj-618 (GMH) |
| : | |
| JAMES TATE GRANT, : | |
| : | |
| Defendant. : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act is **GRANTED**; it is further

**ORDERED** that the currently scheduled preliminary hearing on December 21, 2021 be continued for good cause to February 22, 2022 at 1 p.m.; and it is further

**ORDERED** that the time between December 21, 2021 and February 22, 2022 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery.

Zia M. Faruqui
2021.12.14
13:48:14 -05'00'

———————————————
THE HONORABLE ZIA M FARUQUI
UNITED STATES MAGISTRATE illDGE