Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.  21-537  (JMC)

RYAN SAMSEL, et al

Category  B

**SEALED**

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  1/18/2022  from  Judge Timothy J. Kelly

to  Judge Jia M. Cobb  by direction of the Calendar Committee.

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Timothy J. Kelly  & Courtroom Deputy
Judge Jia M. Cobb  & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk