UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action 21-cr-537 (JMC) |
| v. : | |
| : | |
| RYAN SAMSEL, et al. : | |
| : | |
| Defendants. : | |

### ORDER

Upon consideration of the United States' motion, seeking an extension of time to file a joint status report, the Court finds good cause for the extension. New counsel for one defendant has recently appeared in this case, and that appearance was made subsequent to this Court's order scheduling the filing of the joint status report. Accordingly, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the parties shall confer and file a joint status report on or before September 14, 2022.

Date: _____

JIA M. COBB
UNITED STATES DISTRICT JUDGE