AO 442 (Rev 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**James Tate Grant**<br><br>*Defendant* | )<br>)<br>) Case No. CR 21-537-2 (TJK)<br>)<br>)<br>) |

### ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **James Tate Grant**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☒ Order of the Court

This offense is briefly described as follows:
(See attached Order)

Date: 12/27/2021

**Courtney Lesley** Digitally signed by Courtney Lesley
Date: 2021.12.28 17:16:19 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Courtney Lesley   Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/27/21, and the person was arrested on *(date)* 1/6/22
at *(city and state)* Raleigh, NC (056)

Date: 1/6/22

Alex Clairmont (on Behalf)
*Arresting officer's signature*

Alex Clairmont / DUSM
*Printed name and title*