UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 1:21-cr-00537-JMC |
| v. : | |
| : | |
| RYAN SAMSEL, : | |
| JAMES TATE GRANT, : | |
| PAUL RUSSELL JOHNSON, : | |
| STEPHEN CHASE RANDOLPH, and : | |
| JASON BENJAMIN BLYTHE, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby notifies the Court that Assistant United States Attorney Joseph Hutton Marshall is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: October 21, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ J. Hutton Marshall*
J. Hutton Marshall
DC Bar No. 1721890
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20005
(202) 252-6299
Joseph.hutton.marshall@usdoj.gov