UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JAMES GRANT )<br>_____ ) | CASE NO. 1:21-cr-00537-2 (JMC) |

**MOTION TO JOIN CO-DEFENDANTS' MOTIONS**

James Grant, through counsel, in the interest of judicial economy, respectfully requests that the Court allow him to join his co-defendants' motions to dismiss and to change venue. Specifically he joins motions filed at PACER docket entries 202, 203, 204, 205, 208, and 210.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for James Grant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Motion to Join Co-Defendants' Motions is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 28th day of October, 2022.

                                       /s/ *Peter A. Cooper*
                                       Peter A. Cooper