**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal Action 21-cr-537-1 (JMC)** |
| **v.** | **:** | |
| | **:** | |
| **RYAN SAMSEL, et al.** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## <u>ORDER</u>

Upon consideration of the United States' motion seeking leave to file an omnibus response with pages in excess of the limit states in this Court's Local Rules, *see* LCrR 47(e), it is hereby

ORDERED that the motion is GRANTED.  The United States may file an omnibus response containing 59 pages.

Date: _____

_____
JIA M. COBB
UNITED STATES DISTRICT JUDGE