UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 21-cr-537-JMC** |
| v. | : | |
| | : | |
| **RYAN SAMSEL,** | : | |
| **JASON BLYTHE,** | : | |
| **JAMES GRANT,** | : | |
| **PAUL JOHNSON, and** | : | |
| **STEPHEN RANDOLPH** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Kyle Mirabelli is entering his appearance in the above-captioned matter as counsel for the United States.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: December 21, 2022 | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |
| By: | */s/ Kyle R. Mirabelli*<br>KYLE R. MIRABELLI<br>NY Bar No. 5663166<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, D.C. 20001<br>(202) 252-7884<br>kyle.mirabelli@usdoj.gov |