UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-00537-JMC |
| | : | |
| **RYAN SAMSEL** | : | |
| **JAMES TATE GRANT** | : | |
| **PAUL RUSSELL JOHNSON** | : | |
| **STEPHEN CHASE RANDOLPH** | : | |
| **JASON BENJAMIN BLYTHE** | : | |
| | : | |
| **Defendants.** | : | |

## UNOPPOSED MOTION FOR LEAVE TO FILE JOINT PROPOSED SCHEDULE

The United States of America respectfully moves for leave by this Court to allow the parties an extension of time to confer and file a joint proposed schedule. The parties are working to resolve disagreements about the proposed schedule.

The United States conferred with counsel for the defendants regarding this motion and the defense does not oppose such an extension of time.

1

WHEREFORE, the United States respectfully requests an extension of time to file a joint proposed schedule until February 17, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  /s/ *Kyle R. Mirabelli*
Kyle R. Mirabelli
Assistant United States Attorney
N.Y. Bar No. 5663166
601 D Street, N.W.
Washington, D.C. 20001
(202) 252-7884
kyle.mirabelli@usdoj.gov