UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein shall take Notice that undersigned counsel is entering an appearance under the Criminal Justice Act for defendant James Tate Grant:

> Robert Feitel, Esquire
> Law Office of Robert Feitel
> 1300 Pennsylvania Avenue, N.W.
> 190-515
> Washington, D.C.  20004
> D.C. Bar No. 366673
> 202-450-6133 (office)
> 202-255-6637 (cellular)
> RF@RFeitelLaw.com

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 14th day of March, 2023.

*Robert Feitel*

_____
Robert Feitel