UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

**NOTICE OF DEFENSE STATUS**

On March 14, 2023, undersigned counsel entered an appearance on behalf of defendant James Grant. DE 251. The Government and the other defendants in this case filed a joint motion to continue the trial of this case until September 25, 2023. DE 248

In advance of the status conference scheduled for Friday, March 17, 2023, undersigned submits this Notice to advise the Court and all parties that he is scheduled to commence a trial before Judge Nichols on September 5, 2023, which is expected to last approximately two weeks [1] The defendant in that case has been incarcerated for more than four years (two of which while criminal charges were pending in the Superior Court of the District of Columbia).

It is extraordinarily unlikely that the case before Judge Nichols will be resolved by a plea agreement and undersigned does not believe that he could complete the trial before Judge Nichols (in early to mid-September 2023 and then immediately commence the trial of this case.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel

---

[1] The Government has asked for the start of that trial to be delayed until September 18, 2023.

                                                      1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 17th day of March, 2023.

*Robert Feitel*

_____
Robert Feitel