UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the Defendant's Motion For Pretrial Release and the entire record herein, and it appearing that there are conditions of release that would protect the safety of the community and reasonably assure the defendant's return to Court, it is this, _____ day of April, 2023;

ORDERED, that the defendant's motion is granted and the defendant is released to the High Intensity Supervision Program under the following conditions: (1) home detention at his parent's home in North Carolina; (2) GPS monitoring; (3) no access to electronic devices (including cellular phones and/or computers) except to communicate with Pretrial Services of his defense attorney; (4) daily check in with Pretrial Services; (5) drug treatment and testing; and (6) any other conditions of release that Pretrial Services deems necessary and appropriate.

_____
JIA M. COBB
United States District Judge