UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00537 (JMC) |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| RYAN SAMSEL et al., | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Alexandra F. Foster, who may be contacted by telephone on (619) 546-6735 or e-mail at Alexandra.Foster@usdoj.gov. This is a notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,
MATTHEW GRAVES
United States Attorney

*/s/ Alexandra F. Foster*
Alexandra F. Foster
Assistant United States Attorney
Washington, D.C. Bar No. 470096
880 Front Street, Room 6293
San Diego, CA 92101
619-546-6735
Alexandra.Foster@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN SAMSEL et al.,<br><br>        Defendants. | Case No. 21-CR-00537-JMC<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

On this 15th day of May, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

Dated: May 15, 2023.

*s/Alexandra F. Foster*
ALEXANDRA F. FOSTER

2