**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-00537-JMC** |
| | : | |
| **RYAN SAMSEL** | : | |
| **JAMES TATE GRANT** | : | |
| **PAUL RUSSELL JOHNSON** | : | |
| **STEPHEN CHASE RANDOLPH** | : | |
| **JASON BENJAMIN BLYTHE** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT PROPOSAL OF PRETRIAL DEADLINES**

The United States of America and Defendants hereby submit the following proposed pretrial deadlines in advance of the trial scheduled in this matter for October 23, 2023 as ordered by the Court on September 15, 2023.

**Sept. 25, 2023**: Parties shall exchange preliminary witness lists and preliminary exhibit lists.

**Oct. 2, 2023**: Deadline to submit motions *in limine* and exhibit objections to the Court.

**Oct. 9, 2023**: Parties shall submit joint pretrial statement to the Court.

**Oct. 10, 2023**: Parties shall complete disclosure of *Jencks* and *Giglio* materials.[1]

**Oct. 16, 2023**: Pretrial conference

---

[1] The parties agree to waive timeliness objections to motions filed after this date precipitated by new information contained in such disclosures.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


By:   /s/ *Hutton Marshall*
      J. Hutton Marshall
      Kyle Robert Mirabelli
      Christopher Brunwin
      Alexandra Foster
      Assistant U.S. Attorney
      DC Bar No. 1721890
      601 D Street, N.W.
      Washington, D.C. 20579
      (202) 809-2166
      Joseph.hutton.marshall@usdoj.gov

      *Counsel for United States*


      /s/
      Stanley Edmund Woodward , Jr.
      BRAND WOODWARD LAW
      1808 Park Road NW
      Washington, DC 20010
      202-996-7447
      Fax: 202-996-0113
      Email: stanley@brandwoodwardlaw.com

      William Lee Shipley , Jr.
      LAW OFFICES OF WILLIAM L. SHIPLEY
      PO Box 745
      Kailua, HI 96734
      808-228-1341
      Email: 808Shipleylaw@gmail.com

      *Counsel for Defendant Ryan Samsel*


      /s/
      Lauren Rosen
      Todd M. Richman
      OFFICE OF THE FEDERAL PUBLIC
      DEFENDER

Eastern District of Virginia, Alexandria
Division
1650 King Street
Suite 500
Alexandria, VA 22314
703-600-0819
Email: lauren_rosen@fd.org

*Counsel for Defendant Paul Russel Johnson*

_____/s/_____
Angela Halim
Pennsylvania
3580 Indian Queen Lane
Philadelphia, PA 19129
215-300-3229
Email: angiehalim@gmail.com

*Counsel for Defendant Stephen Chase Randolph*

_____/s/_____
Stephen F. Brennwald
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, DC 20003
(301) 928-7727
Fax: (202) 544-7626
Email: sfbrennwald@cs.com

*Counsel for Defendant Jason Benjamin Blythe*

_____/s/_____
Robert A. Feitel
LAW OFFICE OF ROBERT FEITEL
1300 Pennsylvania Avenue NW #1505
Washington, DC 20008
(202) 255-6637
Fax: (202) 450-6134
Email: rf@rfeitellaw.com

*Counsel for Defendant James Grant*

3