UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

## DEFENSE MOTION FOR TRANSFER TO WASHIGNTON, D.C.

The trial of this case is scheduled to commence on October 23, 2023. The defendant is currently incarcerated at the FCI Lewisburg, Pennsylvania. The defense requests that this Court enter an Order directing the United States Marshals Service to move Mr. Grant directly from FCI Lewisburg to the District of Columbia Central Treatment Facility ("CTF"), in order to ensure that defense counsel has sufficient access to consult personally with his client prior to trial.

As the Court is undoubtedly aware, the conditions of confinement at the D.C. Central Detention Facility (colloquially known as the D.C. Jail) were found to be "unacceptable" by the Marshals Service in November 2021 and federal inmates were moved to other facilities. See https://www.usmarshals.gov/news/press-release/statement-us-marshals-service. Undersigned counsel has recently visited the D.C. Jail and the current conditions appear equally unsatisfactory.

Undersigned thus specifically asks this Court to direct the Marshals to house the defendant at the CTF and not in the DC Jail. Moreover, counsel also requests that the defendant not be housed in a state jail such as the Northern Neck Regional Jail in Warsaw, Virginia or the Central Virginia Regional Jail in Orange, Virginia – both of which are approximately two hours from downtown D.C. and which have much more limited hours for in person legal visitation. Undersigned believes that this Court has the authority to order the defendant to be housed at the

1

CTF. See United States v. Medina, 628 F.Supp.2d 52, (D.D.C. 2009)(district court has "jurisdiction" to designate a defendant to the CTF)(Lamberth, J.).

Since undersigned entered his appearance in this case, defendant Grant has been housed in Pennsylvania. The trial of this case is fast approaching and undersigned needs to review all of the Government's putative evidence for trial with his client and to discuss the defense against these charges. Accordingly, the defense respectfully this Court's assistance to Order the defendant moved to the CTF.

A proposed Order is attached hereto for the Court's review.

                                              Respectfully submitted,

                                              *Robert Feitel*

                                              _____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 26th day of September, 2023.

*Robert Feitel*

_____
Robert Feitel