UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the defendant's Motion To Transfer defendant James Grant from FCI Lewisburg, Pennsylvania, to the District of Columbia Correctional Treatment Facility and it appearing that the request is necessary in order to allow defense counsel time to personally consult with his client prior to trial in this case, currently scheduled to commence on October 23, 2023, it is this _____ day of _____, 2023

ORDERED, that the United States Marshals Service is directed to forthwith transfer the defendant to the District of Columbia Correctional Treatment Facility.

_____
Jia M. Cobb
United States District Judge