UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

## MOTION FOR CLOTHING ORDER

Defendant James Grant respectfully moves this Court for an Order allowing him to wear civilian clothing during the upcoming non-jury trial, scheduled to commence on October 23, 2023. Undersigned has spoken with counsel for defendant Ryan Samsel, who also joins in this request.

The other three defendants in this case are on personal release status and will be able to wear "regular" street clothes to the trial. The courts have long recognized that wearing clothes which obviously indicate that a defendant is incarcerated in the context of a jury trial can adversely impact the presumption of innocence.

> The potential effects of presenting an accused before the jury in prison attire need not, however, be measured in the abstract. Courts have, with few exceptions, determined that an accused should not be compelled to go to trial in prison or jail clothing because of the possible impairment of the presumption so basic to the adversary system.

Estelle v. Williams, 425 U.S. 501, 504, 96 S. Ct. 1691, 1693, 48 L. Ed. 2d 126 (1976).

While this case is to be presented before the Court as a non-jury trial, the same atmospherics could apply. When the Court looks out from the bench at the defendants assembled at counsel table, it sends a not very subtle message if Messrs. Grant and Samsel are wearing prison jump suits. While the defense is certain that this Court would not in any way hold that against the accused, in the interest of fairness, the defense asks that this motion be granted.

Moreover, there could not be any prejudice to the Government if these defendants are allowed to wear clothes civilian clothes – which are of course subject to search by the United States Marshals before the defendants would be allowed to don them for trial.

An appropriate draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 19th day of October, 2023.

*Robert Feitel*

_____
Robert Feitel