UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

ORDER

Upon consideration of the Motion by defendants James Grant and Ryan Samsel for an Order directing the United States Marshals Service to allow them to wear civilian clothing during the trial of this criminal case, scheduled to commence on October 23, 2023, it is this

_____ day October, 2023,

ORDERED, that the Motion is granted and the United States Marshals Service shall permit defendant Grant and defendant Samsel to wear civilian provided by their respective counsel during the trial of his criminal case.

_____
Jia M. Cobb
United States District Judge