UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RYAN SAMSEL, *et al.*,<br><br>           Defendants. | Civil Action No. 21-cr-537 (JMC) |

## ORDER

Upon consideration of the Motion by Defendants James Grant and Ryan Samsel for an Order directing the United States Marshals Service to allow them to wear civilian clothing during the trial of this criminal case, scheduled to commence on October 23, 2023, it is this 19th day October 2023,

**ORDERED**, that the Motion is **GRANTED** and the United States Marshals Service shall permit Defendant Grant and Defendant Samsel to wear civilian provided by their respective counsel during the trial of their criminal cases.

**SO ORDERED**.

DATE: October 19, 2023

                                                                                                        Jia M. Cobb
                                                                                                       U.S. District Court Judge