UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

**DEFENDANT JAMES GRANT'S NOTICE OF
INTENTION TO PLEAD GUILTY TO COUNTS 14 AND 15**

Defendant James Grant, through undersigned counsel, submits this Notice to advise the Court that prior to the commencement of the trial in this case, the defendant intends to knowingly and voluntarily enter a guilty plea of guilty to Counts 14 and 15 of the Superseding Indictment. The entry of these guilty pleas will not be pursuant to any plea agreement with the Government.

1. Count 14 of the Superseding Indictment charges that the defendant, willfully and knowing, and with the intent to disrupt the ordinary course of official business, entered and remained in a room of any Capitol building without authorization to do so, in violation of 40 U.S.C. Section 5104(e)(2)(C).
2. Count 15 of the Superseding Indictment charges that the defendant, willingly and knowingly paraded, demonstrated, and picketed in any United States Capitol building, in violation of 40 U.S.C. Section 5104(e)(2)(G).

Both of these offenses are misdemeanors with a maximum punishment of six (6) months of incarceration. See 40 U.S.C. Section 5109(b). Prior to the commencement of the trial, the defendant will admit to every element of both these offenses before the Court.

The defendant has discussed with undersigned counsel the consequences of the voluntary entry of guilty pleas to Counts 14 and 15 and the decision to plead guilty is both knowingly and voluntarily made. The defendant would have greatly preferred to enter into a global plea

agreement in this case with the Government to resolve all of the pending charges, but the prosecution rejected the defense counter-plea proposal.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 19th day of October, 2023.

*Robert Feitel*

_____
Robert Feitel

2