UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

**DEFENDANT JAMES GRANT'S NOTICE OF SUPPLEMENTAL LEGAL AUTHORITY**

      This Court previously received supplemental legal memoranda from the defense and the Government concerning the knowledge requirement of Counts Five though Seven in the Superseding Indictment, which charge a violation of 18 United States Code Section 1752. See DE 325, 327, and 328.

      On January 5, 2023, Judge Cooper issued a Memorandum Opinion in the case of *United States v. Jeremy Groseclose*, 23 Cr. 311, in which the Court ruled as follows:

> the Court requested briefing on whether the government need only prove that Groseclose knew that the Capitol was "posted, cordoned off, or otherwise restricted" on January 6 or whether it must also prove that he knew that then-Vice President Mike Pence, a Secret Service protectee, was temporarily visiting the Capitol that day.
>
> Having received both sides' briefs on the matter, and conducted additional research on its own, **the Court concludes that the government must prove knowledge as to both elements** which, taken together, collectively define "restricted building or grounds" under the statute. Because the government did not meet its burden on the second score, the Court must acquit Groseclose on the two outstanding counts (emphasis added).

      The following is a link to this decision on the district court's website:

https://ecf.dcd.uscourts.gov/cgi-bin/show_public_doc?2021cr0311-99.

The defense brings this very recent decision to the Court's attention for its consideration in the pending case, which raises precisely the same legal issue.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 7th day of January, 2024.

*Robert Feitel*

_____
Robert Feitel