UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

**<u>NOTICE OF STAND IN COUNSEL FOR RETURN OF VERDICT</u>**

Defendant James Grant, through undersigned counsel of record, submits this Notice to advise the Court that he is currently engaged in trial before the Honorable Judge Kollar-Kotelly and it now appears that trial will not conclude until February 5, 2024. This Court has scheduled the return of the verdicts for the morning of Friday, February 2, 2024.

Undersigned does not wish to force a delay of the verdict on all the other parties to this case and thus, arranged for Washington, D.C. attorney Sandi Rhee to act as "stand in" counsel for the limited purpose of representing James Grant for the return of the verdict. Undersigned personally communicated with the defendant, who agrees to allow attorney Rhee to stand in for undersigned. Attorney Rhee has sufficient knowledge of the case to represent the defendant for this limited purpose. The Government does not object to the use of stand in counsel.

If undersigned's trial concludes prior to February 2, 2024, then he will attend the court hearing, but it seemed prudent to undersigned to make arrangements in the event that is not possible.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.

#190-515  
Washington, D.C.  20004  
D.C. Bar No. 366673  
202-450-6133 (office)  
202-255-6637 (cellular)  
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 27th day of January, 2024.

*Robert Feitel*

_____  
Robert Feitel