UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | Crim. No. 21-537 (JMC) |
| JASON BLYTHE | : | |

<u>UNOPPOSED MOTION BY ALL DEFENDANTS TO POSTPONE SENTENCING</u>

Defendant, Jason Blythe, through undersigned counsel, Stephen F. Brennwald, Esq., Brennwald & Robertson, on his own behalf, as well as on behalf of all co-defendants except for Ryan Samsel, move this Court to reschedule their sentencing hearings to August 8, 2024. In support thereof, they state as follows:

***Procedural Background***

On February 2, 2024, this Court returned its verdicts with respect to the five defendants in this case.

Sentencing hearings for four of the defendants have been set for June 13, 2024. Mr. Samsel's sentencing hearing was postponed to September 3, 2024.

The parties' sentencing memoranda are currently due on May 30, 2024, with any responses due by June 6, 2024.

Counsel for Mr. Blythe is scheduled to begin a jury trial on June 5, 2024. This would make it virtually impossible for him to meet the deadline for filing a sentencing memorandum, and especially any responsive memorandum (as June 6 would fall on the second day of trial).[1] The trial may also still be in progress on June 13, 2024.

---

[1] Counsel for Mr. Blythe learned about an hour ago that he will have to ask to continue the June 5 trial, but he has not yet filed any motion, much less received any ruling on a motion. Moreover, the government opposes that request, so the trial may go forward on June 5.

Aside from that, counsel for Mr. Randolph and Mr. Johnson intended to move to continue their sentencing hearings in any event, and counsel for Mr. Grant has indicated that he does not oppose a continuance of his sentencing hearing.

In light of that, defense counsel reached out to the government, and it indicated that defendants could style their motion to continue as "unopposed."

Counsel have also conferred with this Court's Courtroom Deputy and have cleared a date of August 8, 2024.

While several defense counsel would have preferred holding separate sentencing hearings for their defendant (i.e., on different dates than the others), all counsel are aware that this Court appears to prefer holding all of the defendants' hearings, except for Mr. Samsel's, on the same date.

For the foregoing reasons, defendants ask this Court to vacate the sentencing hearings set for June 13, 2024, reset the hearings to August 8, 2024, and grant any other relief this Court may deem just and proper.

Respectfully submitted,

*Stephen F. Brennwald (on behalf of all defendants)*

_____
Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, SE
Washington, D.C.  20003
(301) 928-7727
(202) 544-7626 (facsimile)
sfbrennwald@cs.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice was sent by ECF, this 19th day of May, 2024, to all parties of record.

*Stephen F. Brennwald*

Stephen F. Brennwald