UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

**DEFENDANT'S MEMORANDUM
IN AID OF SENTENCING**

# EXHIBIT
# (Letter From Defendant)

Dear Judge Cobb,

I am writing to you directly to say that I regret my conduct at the Capitol on January 6th, 2021. I wanted to thank you for conducting my trial in such a fair way, and for your verdict. I have been in jail for more than the last two and a half years, and have had a lot of time to think about what happened. I miss my family and the life I had, and I want to resume being a productive person and living free. I hope that you can impose a sentence that lets me go home as soon as possible. You have my promise that I will do everything in my power to never be in trouble

with the law again. I think that I have better insight into myself — which will help me keep this promise.

Sincerely,
James Grant