UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

**DEFENSE EMERGENCY MOTION TO PREVENT**
**DEFENDANT'S TRANSPORTATION OUT OF JURISICTION**

On September 19, 2024, this Court sentenced defendant James Grant to a term of incarceration of 36 months. The defendant has been incarcerated since January 6, 2022, or for 32.5 months. With good time credit of approximately 14 percent, the defendant is eligible for immediate release.

During the afternoon of Tuesday, September 24, 2024, the defendant was advised by the guards at the D.C. Central Detention Facility, that he should "pack up" because the U.S. Marshals were going to move him to another facility tomorrow, that is, Wednesday, September 25, 2024.

As undersigned counsel explained at the sentencing, the defense believes it would be in everyone's best interest for Mr. Grant to be released from custody at the DC jail, so that undersigned counsel can pick up and ensure that he returns to his family in North Carolina without incident. In counsel's experience, the Marshals will most likely transport James to the FDC in Philadelphia (or some other location), where he has no support network - which could potentially cause problems with my client's safe return home, since he might not have funds or means to contact his family if released anywhere else.

Accordingly, the defense respectfully asks this Court to use its authority under the All Writs Act, 28 U.S.C. Section 1651 to order the United States Marshals to leave the defendant in place at the D.C. jail until the completion of his sentence. The All Writs Act provides that federal courts can issue all "writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." The defense believes that this authorizes the Court to grant this relief.

Undersigned spoke with one of the prosecutors assigned to this case, who objects to the requested relief "without additional information." Since the defendant is scheduled to be moved tomorrow, there does not appear to be additional time to obtain further information. If the Court grants this motion, the status quo will be maintained.

A proposed draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

\

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 24th day of September 2024.

*Robert Feitel*

_____
Robert Feitel