UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the defendant's Motion To Stop His Transfer out of the District of Columbia jail system and the entire record herein, and it appearing that the requested relief is appropriate and necessary and in furtherance of this Court's jurisdiction over criminal case, it is this _____ day of September. 2024

ORDERED, that the United States Marshal's Service shall not remove defendant James Grant from the District of Columbia jail system until the completion of his term of incarceration or further Order of this Court.

_____
JIA M. COBB
United States District Judge