# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 21 Cr. 537-2 (JMC)
)
James Grant )

## NOTICE OF APPEAL

Name and address of appellant:   James Grant
3308 Lebrun Path
Fuquay Varina, North Carolina 27526

Name and address of appellant's attorney:   Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, DC 20004

Offense: 18 USC 111(a), (b),2; 40:5104(e)(2)(D); 40:5104(e)(2)(F) and 2; 40:5104(e)(2)(C); 40:5104(e)(

Concise statement of judgment or order, giving date, and any sentence:

Appeal of Conviction (DE 338) and Sentence (DE 430)

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10/3/2027
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✔]
Has counsel ordered transcripts?   YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]