APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00537−JMC</u>−2

Case title: USA v. SAMSEL et al

Magistrate judge case number:  1:21−mj−00618−RMM

Date Filed: 08/25/2021

Assigned to: Judge Jia M. Cobb

**<u>Defendant (2)</u>**

**JAMES TATE GRANT**                represented by   **Peter A. Cooper**
PETER A. COOPER
400 5th Street, NW
Suite 350
Washington, DC 20001
(202) 400−1434
Fax: (202) 600−2822
Email: pcooper@petercooperlaw.com
*TERMINATED: 02/17/2023*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Robert A. Feitel**
LAW OFFICE OF ROBERT FEITEL
1300 Pennsylvania Avenue NW
#1505
Washington, DC 20008
(202) 255−6637
Fax: (202) 450−6134
Email: rf@rfeitellaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Stephen F. Brennwald**
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, DC 20003
(301) 928−7727
Fax: (202) 544−7626
Email: sfbrennwald@cs.com
*ATTORNEY TO BE NOTICED*

**<u>Pending Counts</u>**                                        **<u>Disposition</u>**

1

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(1)

18 U.S.C. 231(a)(3), 2; CIVIL
DISORDER; Civil Disorder
(1s)

18:231(a)(3), 2; CIVIL DISORDER; Civil
Disorder
(1ss)

Defendant sentenced to Thirty−Six (36)
months of incarceration, to run concurrent to
all Counts. Followed by Thirty−Six (36)
months of supervised release. $100 Special
Assessment. $2000 Restitution.

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(2s)

18:111(a)(1) and (b), 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(2ss)

COURT VERDIT OF NOT GUILTY

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(3)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon and Aiding
and Abetting
(3s)

18:111(a)(1) and (b), 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon, Inflicting
Bodily Injury, and Aiding and Abetting
(3ss)

Defendant sentenced to Thirty−Six (36)
months of incarceration, to run concurrent to
all Counts. Followed by Thirty−Six (36)
months of supervised release. $100 Special
Assessment. $2000 Restitution.

18 U.S.C. 1752(a)(1) and (a)(4);
TEMPORARY RESIDENCE OF THE

PRESIDENT; Entering and Engaging in
Physical Violence in a Restricted Building
or Grounds
(5)

18 U.S.C. 1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in a
Restricted Building or Grounds with a
Deadly or Dangerous Weapon
(5s)

18:1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in a                    COURT VERDICT OF NOT GUILTY
Restricted Building or Grounds with a
Deadly or Dangerous Weapon
(5ss)

40 U.S.C. 5104(e)(2)(F) and 2; VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Act of
Physical Violence in a Capitol Grounds or
Buildings and Aiding and Abetting
(6)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(6s)

18:1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or                      COURT VERDICT OF NOT GUILTY
Grounds with a Deadly or Dangerous
Weapon
(6ss)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(7)

18 U.S.C. 1752(a)(4), (b)(1)(A),(b)(1)(B)
and 2; TEMPORARY RESIDENCE OF
THE PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon, Resulting in Significant Bodily
Injury, and Aiding and Abetting
(7s)

18:1752(a)(4) and (b)(1)(A), (b)(1)(B), and 2; TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, Resulting in Significant Bodily Injury, and Aiding and Abetting
(7ss)

COURT VERDICT OF NOT GUILTY

40 U.S.C. 5104(e)(2)(C); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Entering and Remaining in Certain Rooms in a Capitol Building
(8)

40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building or Grounds
(8s)

40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building or Grounds
(8ss)

Defendant sentenced to Six (6) months of incarceration, to run concurrent to all Counts. $10 Special Assessment. $2000 Restitution.

40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building
(9)

40 U.S.C. 5104(e)(2)(F) and 2; VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in a Capitol Grounds or Buildings and Aiding and Abetting
(9s)

40:5104(e)(2)(F) and 2; VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings and Aiding and Abetting
(9ss)

Defendant sentenced to Six (6) months of incarceration, to run concurrent to all Counts. $10 Special Assessment. $2000 Restitution.

18 U.S.C. 111(a)(1) and (b) and 2; ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily Injury, and Aiding and Abetting
(10)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(10s)

18:1512(c)(2) and 2; TAMPERING WITH
A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(10ss)

DISMISSED ON GOVERNMENTS ORAL
MOTION.

40 U.S.C. 5104(e)(2)(C); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Entering and
Remaining in Certain Rooms in the Capitol
Building
(13s)

40 U.S.C. 5104(e)(2)(G); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Parading,
Demonstrating, or Picketing in a Capitol
Building
(14s)

40:5104(e)(2)(C); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Entering and
Remaining in Certain Rooms in the Capitol
Building
(14ss)

Defendant sentenced to Six (6) months of
incarceration, to run concurrent to all Counts.
$10 Special Assessment. $2000 Restitution.

40:5104(e)(2)(G); VIOLENT ENTRY
AND DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Parading,
Demonstrating, or Picketing in a Capitol
Building
(15ss)

Defendant sentenced to Six (6) months of
incarceration, to run concurrent to all Counts.
$10 Special Assessment. $2000 Restitution.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

COMPLAINT in Violation of 18:111(a)(1)
and (b), 18:231(a)(3), 2, 18:1512(c)(2),
18:1752(a)(1), 18:1752(a)(2),
40:5104(e)(2)(C), 40:5104(e)(2)(D),
40:5104(e)(2)(F) and 40:5104(e)(2)(G)

**Plaintiff**

**USA**                                    represented by   **Christopher Brunwin**
                                                            USAO
                                                            Violent and Organized Crime
                                                            Federal Courthouse
                                                            312 N. Spring Street
                                                            13th Floor
                                                            Los Angeles, CA 90012
                                                            213–894–4242
                                                            Email: christopher.brunwin@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant U.S. Attorney*

                                                            **Hava Arin Levenson Mirell**
                                                            U.S. ATTORNEY'S OFFICE
                                                            312 N. Spring St.
                                                            Suite 1200
                                                            Los Angeles, CA 90012
                                                            213–894–0717
                                                            Email: hava.mirell@usdoj.gov
                                                            *TERMINATED: 02/25/2022*
                                                            *LEAD ATTORNEY*
                                                            *Designation: Assistant U.S. Attorney*

                                                            **Karen E. Rochlin**
                                                            DOJ–USAO
                                                            99 Northeast 4th Street
                                                            Miami, FL 33132
                                                            305–961–9234
                                                            Email: karen.rochlin@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant U.S. Attorney*

                                                            **Kyle Robert Mirabelli**
                                                            USAO
                                                            Capitol Siege Section
                                                            601 D Street NW
                                                            Suite 6–725
                                                            Washington, DC 20001
                                                            202–815–4028
                                                            Email: kyle.mirabelli@usdoj.gov
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Alexandra Foster**
DOJ–USAO
Lrm Heckman, Jim
880 Front Street
Room 6293
San Diego, CA 92101–8807
(619) 546–6735
Email: alexandra.foster@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**April Nicole Russo**
U.S. ATTORNEY'S OFFICE
Appellate Division
555 Fourth Street, NW
Washington, DC 20001
(202) 252–1717
Email: april.russo@usdoj.gov
*TERMINATED: 01/19/2022*
*Designation: Assistant U.S. Attorney*

**Christopher Amore**
DOJ–USAO
District of New Jersey
970 Broad Street
Ste 700
Newark, NJ 07102
973–645–2757
Email: christopher.amore@usdoj.gov
*TERMINATED: 05/03/2022*
*Designation: Assistant U.S. Attorney*

**Danielle Sara Rosborough**
U.S. ATTORNEY'S OFFICE
Criminal Division, National Security
Section
555 4th Street, NW
Washington, DC 20001
(202) 305–2461
Email: danielle.rosborough@usdoj.gov
*TERMINATED: 01/19/2022*
*Designation: Assistant U.S. Attorney*

**Jacqueline N. Schesnol**
DOJ–USAO
United States Attorney's Office
40 North Central Avenue
Suite 1800
Phoenix, AZ 85004–4449

(602) 514−7689
Email: jacqueline.schesnol@usdoj.gov
*TERMINATED: 06/17/2022*
*Designation: Assistant U.S. Attorney*

**James Pearce**
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE
SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
(202) 532−4991
Fax: (202) 305−2121
Email: james.pearce@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Joseph Hutton Marshall**
USAO
601 D Street NW
Washington, DC 20001
202−252−6629
Email: joseph.hutton.marshall@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Robert Craig Juman**
U.S. ATTORNEY'S OFFICE
500 E. Broward Blvd.
Ft. Lauderdale, FL 33132
786−514−9990
Email: robert.juman@usdoj.gov
*TERMINATED: 05/03/2022*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2021 | 1 | SEALED COMPLAINT as to JAMES TATE GRANT (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21−mj−00618−RMM] (Entered: 09/30/2021) |
| 09/29/2021 | 3 | MOTION to Seal Case by USA as to JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21−mj−00618−RMM] (Entered: 09/30/2021) |
| 09/29/2021 | 4 | ORDER granting 3 Motion to Seal Case as to JAMES TATE GRANT (1). Signed by Magistrate Judge Robin M. Meriweather on 9/29/2021. (zstd) [1:21−mj−00618−RMM] (Entered: 09/30/2021) |
| 10/14/2021 | 5 | Arrest Warrant Returned Executed on 10/14/2021 in Cary, North Carolina as to JAMES TATE GRANT. (zstd) [1:21−mj−00618−RMM] (Entered: 10/18/2021) |
| 10/14/2021 | | |

| | | |
|---|---|---|
| | | Arrest of JAMES TATE GRANT in North Carolina. (zstd) [1:21−mj−00618−RMM] (Entered: 10/18/2021) |
| 10/14/2021 | | Case unsealed as to JAMES TATE GRANT (zstd) [1:21−mj−00618−RMM] (Entered: 10/18/2021) |
| 10/15/2021 | 6 | Rule 5(c)(3) Documents Received as to JAMES TATE GRANT from United States District Court for the Eastern District of North Carolina Case Number 21−mj−1992 (zstd) [1:21−mj−00618−RMM] (Entered: 10/19/2021) |
| 10/21/2021 | | ORAL MOTION to Appoint Counsel by JAMES TATE GRANT (1). (zpt) [1:21−mj−00618−RMM] (Entered: 10/21/2021) |
| 10/21/2021 | | ORAL MOTION for Speedy Trial Waiver by USA as to JAMES TATE GRANT (1). (zpt) [1:21−mj−00618−RMM] (Entered: 10/21/2021) |
| 10/21/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to JAMES TATE GRANT (1) held on 10/21/2021. Oral Motion to Appoint Counsel by JAMES TATE GRANT (1) Heard and Granted. Government does not seek the Defendant's pretrial detention. Oral Motion by the Government for Speedy Trial Waiver as to JAMES TATE GRANT (1) Heard and Granted. Time between 10/21/2021 and 12/21/2021 (61 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Status/Preliminary Hearing set for 12/21/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR−Gold FTR Time Frame: CTRM 6 [1:15:44−1:30:49], [1:50:26−2:01:10]; Defense Attorney: Peter Cooper; US Attorney: Frederick Yette for Christopher Amore; Pretrial Officer: Shay Holman; (zpt) [1:21−mj−00618−RMM] (Entered: 10/21/2021) |
| 10/21/2021 | | MINUTE ORDER as to JAMES TATE GRANT (1). MINUTE ORDER: As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 10/21/2021. (zpt) [1:21−mj−00618−RMM] (Entered: 10/21/2021) |
| 10/21/2021 | 9 | ORDER Setting Conditions of Release as to JAMES TATE GRANT (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 10/21/2021. (Attachments: # 1 Appearance Bond) (zpt) [1:21−mj−00618−RMM] (Entered: 10/22/2021) |
| 12/14/2021 | 10 | ENTERED IN ERROR.....Unopposed MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order to Continue and Exclude Time Under the Speedy Trial Act)(Amore, Christopher) Modified on 12/14/2021 (zstd). [1:21−mj−00618−RMM] (Entered: 12/14/2021) |
| 12/14/2021 | 11 | Amended MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order to Continue and Exclude Time Under the Speedy Trial Act (AMENDED))(Amore, Christopher) [1:21−mj−00618−RMM] (Entered: 12/14/2021) |
| 12/14/2021 | | |

| | | |
|---|---|---|
| | | NOTICE OF CORRECTED DOCKET ENTRY: as to JAMES TATE GRANT re 10 Unopposed MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* was entered in error and counsel refiled said pleading at docket entry #11. (zstd) [1:21−mj−00618−RMM] (Entered: 12/14/2021) |
| 12/14/2021 | 12 | MOTION to Exclude Time Under The Speedy Trial Act. by USA as to JAMES TATE GRANT. (See docket entry 11 to view document.) (zstd) [1:21−mj−00618−RMM] (Entered: 12/14/2021) |
| 12/14/2021 | 13 | ORDER Granting 11 Amended MOTION to Continue and to Exclude Time Under the Speedy Trial Act by USA as to JAMES TATE GRANT (1) and Granting 12 MOTION to Exclude Time Under The Speedy Trial Act by USA as to JAMES TATE GRANT (1). Time between 12/21/2021 and 2/22/2022 (63 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Signed by Magistrate Judge Zia M. Faruqui on 12/14/2021. (zpt) [1:21−mj−00618−RMM] (Entered: 12/15/2021) |
| 12/14/2021 | | Set/Reset Hearings as to JAMES TATE GRANT : Preliminary/Status Hearing continued to 2/22/2022 at 01:00 PM in Telephonic/VTC before Magistrate Judge Robin M. Meriweather. (zpt) [1:21−mj−00618−RMM] (Entered: 12/15/2021) |
| 12/15/2021 | 14 | Unopposed MOTION for Disclosure *of Items Protected by Fed. R. Crim. P. 6(e) and Sealed Materials* by USA as to JAMES TATE GRANT. (Amore, Christopher)[1:21−mj−00618−RMM] (Entered: 12/15/2021) |
| 12/15/2021 | 69 | SECOND SUPERSEDING INDICTMENT as to RYAN SAMSEL (1) count(s) 1ss−2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 10ss, JAMES TATE GRANT (2) count(s) 1, 3, 5, 6, 7, 8, 9, 10. (zltp) (Entered: 12/16/2021) |
| 12/17/2021 | 71 | MOTION to set Status Conference by RYAN SAMSEL as to RYAN SAMSEL, JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order)(Woodward, Stanley) Modified event type on 12/21/2021 (zltp). (Entered: 12/17/2021) |
| 12/17/2021 | 72 | **ENTERED IN ERROR.....** ORDER granting Unopposed Motion for Protective Order as to JAMES TATE GRANT (2). *See* ECF No. 15, 1:21−mj−00618−RMM. See Order for details. Signed by Judge Timothy J. Kelly on 12/17/2021. (lctjk2) Modified to remove order from both cases on 12/20/2021 (zkh). (Entered: 12/17/2021) |
| 12/17/2021 | | MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2) granting in part the 71 Consent Motion to Set Status Hearing and Continue Motions Deadlines. It is hereby ORDERED, for good cause shown, that the 71 Consent Motion is GRANTED IN PART in that the pretrial motions schedule set during the November 23, 2021 status conference, *see* Minute Entry of November 23, 2021, is VACATED. The parties shall confer and file a joint status report by December 21, 2021, proposing a new pretrial motions schedule and three possible dates and times for a hearing on the motions. It is further ORDERED that the Government and Defendant Ryan Samsel (1) shall file a separate joint status report by December 21, 2021, stating their respective positions as to whether the time between December 17, 2021, and their proposed date for motions to be filed is excludable under the Speedy Trial Act as to Defendant Ryan Samsel (1). Signed by Judge Timothy J. Kelly on 12/17/2021. (lctjk2) (Entered: 12/17/2021) |
| 12/21/2021 | 74 | NOTICE OF ATTORNEY APPEARANCE Christopher Amore appearing for USA. (Amore, Christopher) (Entered: 12/21/2021) |

| 12/21/2021 | 75 | Joint STATUS REPORT by USA as to RYAN SAMSEL, JAMES TATE GRANT (Russo, April) (Entered: 12/21/2021) |
|---|---|---|
| 12/21/2021 | 76 | MOTION for Speedy Trial *Exclusion of Time* by USA as to RYAN SAMSEL, JAMES TATE GRANT. (Russo, April) Modified on 1/28/2022 (zgdf). (Entered: 12/21/2021) |
| 12/22/2021 | | MINUTE ORDER as to JAMES TATE GRANT (2): Upon consideration of the 73 Pretrial Violation Report, it is hereby ORDERED that the Government shall file any motion relating to Defendant's conditions of release by December 23, 2021, and Defendant shall respond to any motion filed by December 27, 2021. Signed by Judge Timothy J. Kelly on 12/22/2021. (lctjk2) (Entered: 12/22/2021) |
| 12/22/2021 | | MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for a VTC Arraignment and Status Conference on January 4, 2022, at 2:00 p.m. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 12/22/2021. (lctjk2) (Entered: 12/22/2021) |
| 12/23/2021 | | NOTICE OF HEARING as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): The VTC Arraignment/Status Conference currently set for 1/4/2022 is **RESCHEDULED** for 1/3/2022 at 2:00 PM before Judge Timothy J. Kelly. (zkh) (Entered: 12/23/2021) |
| 12/23/2021 | 77 | MOTION to Revoke *Defendant's Pretrial Release* by USA as to JAMES TATE GRANT. (Attachments: # 1 Exhibit A – Police Report)(Amore, Christopher) Modified on 12/29/2021. Motion should not have been terminated at this time (zcal). (Entered: 12/23/2021) |
| 12/28/2021 | | MINUTE ORDER as to JAMES TATE GRANT (2): Upon consideration of the 73 Pretrial Violation Report and the Government's 77 Motion to Revoke, the Court concurs with the recommendation to issue a warrant for Defendant James Tate Grant's arrest. Thus, pursuant to 18 U.S.C. § 3148(b), a warrant shall issue forthwith for Defendant's arrest. Defendant may contact the Pretrial Services Agency for the Eastern District of North Carolina to make arrangements to self–surrender. Signed by Judge Timothy J. Kelly on 12/28/2021. (lctjk2) (Entered: 12/28/2021) |
| 12/29/2021 | 78 | NOTICE OF ATTORNEY APPEARANCE Hava Arin Levenson Mirell appearing for USA. (Mirell, Hava) (Entered: 12/29/2021) |
| 01/03/2022 | | MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): Due to inclement weather, the Court is closed today, Monday, January 3, 2022. Thus, the VTC Arraignment and Status Conference currently scheduled for today at 2 p.m. is hereby VACATED and will be rescheduled promptly. Signed by Judge Timothy J. Kelly on 01/03/2022. (lctjk2) (Entered: 01/03/2022) |
| 01/06/2022 | | Arrest of JAMES TATE GRANT (zmh) (Entered: 09/20/2022) |
| 01/06/2022 | 197 | Arrest Warrant Returned Executed on 1/6/2022 as to JAMES TATE GRANT. (zmh) (Entered: 09/20/2022) |
| 01/07/2022 | | **ENTERED IN ERROR.....** MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for a status conference on January 13, 2022, at 10:00 a.m., via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business |

| | | |
|---|---|---|
| | | day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 01/07/2022. (lctjk2) Modified to delete entry on 1/7/2022 (zkh). (Entered: 01/07/2022) |
| 01/07/2022 | | **ENTERED IN ERROR.....** MINUTE ORDER as to JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for an arraignment and a revocation hearing on the Government's 77 Motion to Revoke on January 13, 2022, at 10:00 a.m., via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 01/07/2022. (lctjk2) Modified to delete entry on 1/7/2022 (zkh). (Entered: 01/07/2022) |
| 01/07/2022 | | MINUTE ORDER as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for an arraignment and status conference on January 13, 2022, at 10:00 a.m., via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 01/07/2022. (lctjk2) (Entered: 01/07/2022) |
| 01/07/2022 | | MINUTE ORDER as to JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for a revocation hearing on the Government's 77 Motion to Revoke on January 13, 2022, at 10:00 a.m., via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 01/07/2022. (lctjk2) (Entered: 01/07/2022) |
| 01/10/2022 | | MINUTE ORDER as to JAMES TATE GRANT (2): It is hereby ORDERED that the hearing scheduled for 10 a.m. on January 13, 2022, in Defendant James Tate Grant's (2) case is VACATED and will be rescheduled promptly. The hearing scheduled for 10 a.m. on January 13, 2022, in Defendant Ryan Samsel's (1) case will proceed as scheduled. Signed by Judge Timothy J. Kelly on 01/10/2022. (lctjk2) (Entered: 01/10/2022) |
| 01/12/2022 | 79 | NOTICE by USA as to RYAN SAMSEL, JAMES TATE GRANT (Russo, April) (Entered: 01/12/2022) |
| 01/13/2022 | | MINUTE ORDER as to JAMES TATE GRANT (2): It is hereby ORDERED that the parties shall appear for an arraignment and a revocation hearing on the Government's 77 Motion to Revoke on January 18, 2022, at 2:00 p.m. via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 01/13/2022. (lctjk2) (Entered: 01/13/2022) |
| 01/13/2022 | 80 | THIRD SUPERSEDING INDICTMENT as to RYAN SAMSEL (1) count(s) 1sss, 2sss, 3sss, 5sss, 6sss, 7sss, 8sss, 9sss, 10sss, 11sss, 12sss, JAMES TATE GRANT (2) count(s) 1s, 2s, 3s, 5s, 6s, 7s, 8s, 9s, 10s, 13s, 14s, PAUL RUSSELL JOHNSON (3) count(s) 1, 2, 3, 5, 6, 7, 8, 9, 10, STEPHEN CHASE RANDOLPH (4) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, JASON BENJAMIN BLYTHE (5) count(s) 1, 2, 3, 5, 6, 7, 8, 9, 10. (zltp) (Entered: 01/14/2022) |
| 01/13/2022 | 82 | MOTION to Seal Case by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 01/14/2022) |

| 01/13/2022 | 83 | ORDER granting 82 Motion to Seal Case as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). Signed by Magistrate Judge G. Michael Harvey on 1/13/2022. (zltp) (Entered: 01/14/2022) |
|---|---|---|
| 01/18/2022 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Arraignment/Bond Revocation Hearing as to JAMES TATE GRANT (2) as to Counts 1, 3, 5, 6, 7, 8, 9, and 10 held on 1/18/2022. Defendant appeared by video. Plea of NOT GUILTY entered as to Counts 1, 3, 5, 6, 7, 8, 9, and 10. For the reasons stated on the record, Government's 77 MOTION to Revoke *Defendant's Pretrial Release* heard and GRANTED. Defendant's Pretrial Release REVOKED and the Defendant is REMANDED. Order to be entered by the court. VTC Status Conference set for 1/27/2022 at 2:00 PM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains Committed; Court Reporter: Timothy Miller; Defense Attorney: Peter A. Cooper; US Attorney: Christopher Amore; Pretrial Officer: John Copes. (zkh) (Entered: 01/18/2022) |
| 01/18/2022 | 86 | ORDER as to JAMES TATE GRANT (2) granting 77 Motion to Revoke. See Order for details. Signed by Judge Timothy J. Kelly on 01/18/2022. (lctjk2) (Entered: 01/18/2022) |
| 01/18/2022 | 87 | Case as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), and JASON BENJAMIN BLYTHE (5) directly reassigned to Judge Jia M. Cobb. Judge Timothy J. Kelly is no longer assigned to the case. (ztnr) (Entered: 01/19/2022) |
| 01/20/2022 | 89 | NOTICE OF ATTORNEY APPEARANCE Robert Craig Juman appearing for USA. (Juman, Robert) (Entered: 01/20/2022) |
| 01/24/2022 | | Case unsealed as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4), JASON BENJAMIN BLYTHE(5) (bb) (Entered: 01/24/2022) |
| 01/27/2022 | | Minute Entry for VTC Arraignment before Judge Jia M. Cobb held on 1/27/22 as to RYAN SAMSEL (1) on Counts 1sss−3sss and 5sss−12sss; JAMES TATE GRANT (2) on Counts 1s−3s,5s−10s and 13s−14s, and STEPHEN CHASE RANDOLPH (4) on Counts 1−10. Plea of Not Guilty entered by RYAN SAMSEL (1) on Counts 1sss−3sss and 5sss−12sss; JAMES TATE GRANT (2) on Counts 1s−3s,5s−10s and 13s−14s, and STEPHEN CHASE RANDOLPH (4) on Counts 1−10. Speedy Trial Excludable (XT) started 1/27/22 until 3/17/22, in the interest of justice and for the reasons stated on the record. Government's production of discovery by 2/24/2022. Government should file notice of discovery production. Status Conference set for 2/28/2022 at 2:30 PM in VTC before Judge Jia M. Cobb. Bond Status of Defendants: (1)Ryan Samsel−remains incarcerated/appeared via telephone; (2) James Grant−remains incarcerated/appeared via video; (4) Stephen Randolph−remains on PR bond/appeared via video; Court Reporter: Lisa Bankins; Defense Attorneys: (1)−Stanley Woodward and Juli Haller; (2)−Peter Cooper; (4)− Angela Halim; US Attorneys: Hava L. Mirell and Christopher Amore; (zgdf) Modified on 1/27/2022, to make a correction. (zgdf). (Entered: 01/27/2022) |
| 01/28/2022 | | MINUTE ORDER as to PAUL RUSSELL JOHNSON (3), denying as moot 93 Motion to Sever Defendant: Pursuant to the Government and Defendant Johnsons agreement on the record at the VTC Arraignment/Status Conference held January 27, 2022, the Court ORDERS that the Motion to Sever is DENIED without prejudice as |

| | | |
|---|---|---|
| | | moot. Signed by Judge Jia M. Cobb on 1/28/22. (zgdf) (Entered: 01/28/2022) |
| 01/31/2022 | 101 | NOTICE OF WITHDRAWAL OF APPEARANCE *of April Russo and Danielle Rosborough* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Russo, April) (Entered: 01/31/2022) |
| 02/11/2022 | 106 | NOTICE *of United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Juman, Robert) (Entered: 02/11/2022) |
| 02/24/2022 | 115 | NOTICE *of Filing Discovery Correspondence* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Attachments: # 1 2/24/22 Discovery Letter)(Mirell, Hava) (Entered: 02/24/2022) |
| 02/25/2022 | 116 | NOTICE OF ATTORNEY APPEARANCE Karen E. Rochlin appearing for USA. (Rochlin, Karen) (Entered: 02/25/2022) |
| 03/10/2022 | | NOTICE OF HEARING as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4), JASON BENJAMIN BLYTHE(5): The Status Conference scheduled for 2/28/22 was vacated. New Status Conference set for 3/29/2022 at 2:00 PM before Judge Jia M. Cobb via Zoom. The Court's Deputy Clerk will provide the information necessary to access the conference. (zgdf) (Entered: 03/10/2022) |
| 03/21/2022 | 131 | MOTION for *Excludable Delay* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Rochlin, Karen) Modified event title and text on 3/22/2022 (zstd). (Entered: 03/21/2022) |
| 03/25/2022 | 135 | NOTICE OF ATTORNEY APPEARANCE Jacqueline N. Schesnol appearing for USA. (Schesnol, Jacqueline) (Entered: 03/25/2022) |
| 03/29/2022 | | Minute Entry for Video Status Conference held before Judge Jia M. Cobb on 3/29/2022 as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4) and JASON BENJAMINE BLYTHE(5). Speedy Trial Excludable (XT) started 3/29/2022 until 5/3/2022 as to all defendants, in the interest of justice. The Court directs the parties to meet and confer and report to the Clerk two potential trial dates. **Detention hearing set for 5/3/2022 at 1:00 PM, via Zoom as to Ryan Samsel(1).** Defendant Ryan Samsel's(1) Detention Motion is due 4/1/2022 with Government's Response due 4/15/2022 and Defendant's Reply due 4/22/2022. **Status Conference set for 5/3/2022 at 2:00 PM before Judge Jia M. Cobb, via Zoom as to all defendants**. Oral Motion heard and GRANTED as to Jason Blythe(5) approving Mr. Blythe's relocation to a new residence and ORDERING him to provide his new address to Pretrial Services. Oral ORDER denying as MOOT Government's 131 Motion for Excludable Delay. Bond Status of Defendants: Remains Incarcerated–(1) Ryan Samsel and (2) James Tate Grant. Defendants Continued on Personal Recognizance Bond–(3) Paul Russell Johnson, (4) Stephen Chase Randolph, and (5) Jason Benjamine Blythe. US Attorneys: Karen Rochlin and Jacqueline Schesnol. Defense Attorneys: (1) Stanley Woodward, Jr. and Juli Haller; (2) Peter Cooper; (3) Kobie Flowers and Monica Basche;(4) Angela Halim;(5) Stephen Brennwald. Court Reporter: Lisa Griffith. (gdf) (Entered: 03/29/2022) |

| 05/03/2022 | 153 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Amore, Christopher) (Entered: 05/03/2022) |
|---|---|---|
| 05/03/2022 | 154 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Juman, Robert) (Entered: 05/03/2022) |
| 05/03/2022 | | Minute Entry for Video Status Conference held on 5/3/2022 before Judge Jia M. Cobb as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). Speedy Trial Excludable (XT) started 5/3/2022 until 3/6/2023 as to all defendants, in the interest of justice. A further Status Conference is set for 7/7/2022 at 2:00 PM, via Zoom. **Oral ruling on the Motion to Suppress for PAUL RUSSELL JOHNSON (3) is set for 5/18/2022 at 2:00 PM, via Zoom.** Motions in Limine due by 1/30/2023. Responses due by 2/9/2023. Replies due by 2/16/2023. Joint Pretrial Statements due by 2/14/2023. Pretrial Conference set for 2/24/2023 at 10:30 AM in Courtroom 21. Jury Trial is set for 3/6/2023 at 10:00 AM in Courtroom 21. A Scheduling Order coming forthwith from Chambers. Bond Status of Defendants: Remains Incarcerated–(1) Ryan Samsel and (2) James Tate Grant. Defendants Continued on Personal Recognizance Bond–(3) Paul Russell Johnson, (4) Stephen Chase Randolph, and (5) Jason Benjamine Blythe. US Attorneys: Karen Rochlin and Jacqueline Schesnol. Defense Attorneys: (1) Stanley Woodward, Jr. and Juli Haller; (2) Peter Cooper; (3) Kobie Flowers and Monica Basche;(4) Angela Halim;(5) Stephen Brennwald. Court Reporter: Lisa Bankins. (smc) (Entered: 05/03/2022) |
| 05/10/2022 | 155 | PRETRIAL ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4) and JASON BENJAMIN BLYTHE (5): Pretrial Conference set for February 24, 2023 at 10:30 a.m. Jury Trial set for March 6, 2023 at 9:00 a.m. See Order for schedule, procedural details, and other requirements. As stated on the record during the status conference held May 5, 2022, the Court directs the Parties to meet and confer regarding the schedule for briefing any pretrial motions (aside from motions in limine) in advance of the status conference scheduled for July 7, 2022. Furthermore, the Court reiterates that it remains available for an earlier trial of this case; the Parties may notify the Court if at any point their schedules change, such that commencing trial prior to March 6, 2023, becomes possible. Signed by Judge Jia M. Cobb on 5/10/2022. (smc) (Entered: 05/11/2022) |
| 06/17/2022 | 176 | NOTICE OF WITHDRAWAL OF APPEARANCE *of AUSA Jacqueline Schesnol* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Schesnol, Jacqueline) (Entered: 06/17/2022) |
| 07/08/2022 | | Minute Entry for Video Status Conference held on 7/7/2022 before Judge Jia M. Cobb as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4) and JASON BENJAMIN BLYTHE (5). Motions due by 10/7/2022. Responses due by 10/28/2022. Replies due by 11/4/2022. Status Conference set for 9/7/2022 at 2:00 PM, via Zoom. Motion Hearing set for 11/17/2022 at 11:00 AM via Zoom, before Judge Jia M. Cobb. Oral |

| | | |
|---|---|---|
| | | ORDER granting Defendant PAUL RUSSELL JOHNSON's (3) 182 Motion to Withdraw as Attorney, Monica Basche and Kobie A. Flowers are withdrawn from case. Government's Response to 180 Status Report filed by RYAN SAMSEL (1) due by July 12th. Bond Status of Defendants: Remains Incarcerated--(1) Ryan Samsel (appeared by telephone) and (2) James Tate Grant (appeared by video). Defendants Continued on Personal Recognizance Bond and appeared by video--(3) Paul Russell Johnson, (4) Stephen Chase Randolph, and (5) Jason Benjamine Blythe. US Attorney: Karen Rochlin. Defense Attorneys: (1) Stanley Woodward, Jr. (2) Peter Cooper (3) Kobie Flowers (4) Angela Halim (5) Stephen Brennwald. Court Reporter: Sara Wick. (smc) (Entered: 07/08/2022) |
| 08/05/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). : Due to the Courts trial calendar, the Court ORDERS that the Status Conference previously scheduled for September 7, 2022, at 2:00 PM, via Zoom, is VACATED. The Court further ORDERS that the Parties, in lieu of that conference, file a Joint Status Report by September 7, 2022, apprising the Court of the status of the case. The Court asks the Parties to include in that report any updates on the issues previewed at the last conference on July 7, 2022, as well as the Parties respective positions on them: any schedule for the disclosure of experts pursuant to Federal Rule of Criminal Procedure 16; any deadline for any Federal Rule of Evidence 404(b) notice provided by the Government; and whether there is any need for a written jury questionnaire in this case. Finally, the Court instructs the Parties to include in that report at least three dates and times in late September or early October when all Parties are available for a rescheduled status conference. Signed by Judge Jia M. Cobb on 8/5/22. (zgdf) (Entered: 08/08/2022) |
| 09/02/2022 | 193 | MOTION for Extension of Time to File *Joint Status Report* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Attachments: # 1 Text of Proposed Order)(Rochlin, Karen) (Entered: 09/02/2022) |
| 09/06/2022 | | MINUTE ORDER as RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), granting 193 Motion for Extension of Time to File Joint Status Report: Upon consideration of the United States' Motion for Extension of Time, it is ORDERED the Motion is GRANTED. The parties shall confer and file a joint status report on or before September 14, 2022. Signed by Judge Jia M. Cobb on September 6, 2022. (lcjmc1) Modified on 9/9/2022 to add the names of defendants. (zgdf). (Entered: 09/06/2022) |
| 09/14/2022 | 194 | Joint STATUS REPORT by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Rochlin, Karen) (Entered: 09/14/2022) |
| 09/19/2022 | | MINUTE ORDER as to RYAN SAMSEL (1): The Court ORDERS Defendant Ryan Samsel to file a Reply by 9/26/2022 explaining which, if any, disagreements he might have with 195 Response by USA. Signed by Judge Jia M. Cobb on September 19, 2022. (lcjmc1) (Entered: 09/19/2022) |
| 09/29/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), re 194 Joint Status Report filed by USA as to RYAN SAMSEL: The Court hereby adopts the schedule proposed by the Parties. The Court |

| | | |
|---|---|---|
| | | ORDERS that the Government shall provide notice of its intent to offer FRE 404(b) evidence no later than January 6, 2023; the Parties shall disclose any expert witnesses they plan to call no later than February 1, 2023; and the Parties shall disclose rebuttal expert witnesses no later than February 17, 2023. Signed by Judge Jia M. Cobb on September 29, 2022. (lcjmc1) (Entered: 09/29/2022) |
| 09/29/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court vacates the Pretrial Conference that was set for February 24, 2023. The Court ORDERS that the Pretrial Conference be rescheduled to February 28, 2023, at 10:30 AM. Signed by Judge Jia M. Cobb on September 29, 2022. (lcjmc1) (Entered: 09/29/2022) |
| 10/04/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), re 200 Unopposed Motion for Extension of Time: Upon consideration of Defendants' Motion, the Court hereby ORDERS that the Motion is GRANTED. The Motions for all Defendants are due by October 28, 2022; Government's Responses are due by November 18, 2022; and Defendants' Replies are due by November 25, 2022. Signed by Judge Jia M. Cobb on October 4, 2022. (lcjmc1) (Entered: 10/04/2022) |
| 10/07/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court vacates the Pretrial Conference that was set for February 28, 2023. The Court ORDERS that the Pretrial Conference be rescheduled to February 17, 2023, at 2:00 PM. Signed by Judge Jia M. Cobb on October 7, 2022. (lcjmc1) (Entered: 10/07/2022) |
| 10/07/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court vacates the Motion Hearing that was set for November 17, 2022. The Court ORDERS that the Motion Hearing be rescheduled to December 2, 2022, at 2:00 PM before Judge Jia M. Cobb in Courtroom 21. Signed by Judge Jia M. Cobb on October 7, 2022. (lcjmc1) Modified on 10/7/2022 (zgdf). (Entered: 10/07/2022) |
| 10/07/2022 | | Terminate Deadlines and Hearings as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE: (zgdf) (Entered: 10/07/2022) |
| 10/19/2022 | | MINUTE ORDER as to RYAN SAMSEL (1): In its Minute Order issued on October 3, 2022, the Court ordered the Bureau of Prisons to give RYAN SAMSEL another opportunity to complete lab testing needed to receive medical treatment. The Court ORDERS the Parties to submit a Joint Status Report updating the Court on the status of that treatment and whether any issues remain outstanding. Signed by Judge Jia M. Cobb on October 19, 2022. (lcjmc1) (Entered: 10/19/2022) |
| 10/21/2022 | 201 | NOTICE OF ATTORNEY APPEARANCE Joseph Hutton Marshall appearing for USA. (Marshall, Joseph) (Entered: 10/21/2022) |
| 10/29/2022 | 212 | MOTION *for Joinder* by JAMES TATE GRANT (Cooper, Peter) Modified on 11/9/2022 to edit event type and correct entry (zmh). (Entered: 10/29/2022) |
| 11/14/2022 | 217 | |

| | | NOTICE OF ATTORNEY APPEARANCE Christopher Brunwin appearing for USA. (Brunwin, Christopher) (Entered: 11/14/2022) |
|---|---|---|
| 11/18/2022 | 218 | RESPONSE by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE re 203 MOTION to Change Venue (Brunwin, Christopher) (Entered: 11/18/2022) |
| 11/18/2022 | 219 | MOTION for Leave to File Excess Pages *(Omnibus Response in Opposition to Motion to Dismiss Counts)* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Attachments: # 1 Exhibit Omnibus Response in Opposition to Motions to Dismiss Counts, # 2 Text of Proposed Order)(Rochlin, Karen) (Entered: 11/18/2022) |
| 11/21/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), re 219 Motion for Leave to File Excess Pages: Upon consideration of the Government's Motion, the Court hereby ORDERS that the Motion is GRANTED. Signed by Judge Jia M. Cobb on November 21, 2022. (lcjmc1) (Entered: 11/21/2022) |
| 11/22/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The hearing scheduled for December 2, 2022, at 2:00 PM, will be held via videoconference. The Court's Deputy Clerk will provide the information necessary to access the conference. Signed by Judge Jia M. Cobb on November 22, 2022. (lcjmc1) (Entered: 11/22/2022) |
| 11/24/2022 | 221 | NOTICE OF ATTORNEY APPEARANCE James Pearce appearing for USA. (Pearce, James) (Entered: 11/24/2022) |
| 11/29/2022 | 223 | MOTION to Request Institution Relocation by JAMES TATE GRANT. (Cooper, Peter) Modified text on 11/29/2022 (zstd). (Entered: 11/29/2022) |
| 12/01/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court ORDERS that the hearing scheduled for December 2, 2022, at 2:00 PM is VACATED as it pertains to JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). However, the Court will still hold the hearing as it pertains to RYAN SAMSEL (1). Signed by Judge Jia M. Cobb on December 1, 2022. (lcjmc1) (Entered: 12/01/2022) |
| 12/13/2022 | 226 | RESPONSE by USA as to JAMES TATE GRANT re 223 MOTION *to Request Defendant Institution Relocation* (Rochlin, Karen) (Entered: 12/13/2022) |
| 12/14/2022 | 227 | ORDER re 203 Motion to Change Venue: The Court ORDERS that the Motion is DENIED. See Order for details. Signed by Judge Jia M. Cobb on December 14, 2022. (lcjmc1) (Entered: 12/14/2022) |
| 12/15/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court ORDERS that a Status Conference will be held via videoconference on January 13, 2023, at 2:00 PM. The Court's Deputy Clerk |

| | | |
|---|---|---|
| | | will provide the information necessary to access the conference. Signed by Judge Jia M. Cobb on December 15, 2022. (lcjmc1) (Entered: 12/15/2022) |
| 12/15/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court plans to use a jury questionnaire to assist in jury selection. The Court provided the Parties with a draft jury questionnaire via email. The Parties shall review the draft questionnaire, confer with each other to agree upon a final questionnaire, and provide a final draft questionnaire to the Court by January 5, 2023. If the Parties cannot reach an agreement on specific questions, they may file a status report before January 5, 2023, noting the Parties' respective positions. The Parties may also file an objection to using a jury questionnaire at all before January 5, 2023. Additionally, the Parties are ORDERED to provide the Court with a list of people who might be witnesses or who might be discussed during the trial by January 5, 2023. <br><br> Prospective jurors will appear on February 20, 2023, to complete the finalized version of the jury questionnaire. Voir dire will then begin on the first day of trial on March 6, 2023. Signed by Judge Jia M. Cobb on December 15, 2022. (lcjmc1) (Entered: 12/15/2022) |
| 12/19/2022 | | MINUTE ORDER as to JAMES TATE GRANT (2), re 223 : The Court ORDERS that Defendant Grant's Motion is GRANTED. Given the voluminous electronic discovery that this case entails, the Court believes it is important for defense counsel to be able to communicate effectively with Defendant Grant in preparation for the upcoming trial. The Court therefore recommends, but does not order, Defendant Grant to be transferred to a facility in the District of Columbia or as close to the District as possible. The Court specifically recommends the Correctional Treatment Facility to the extent that it comports with Defendant's classification. This recommendation is not meant to conflict with any policies held by the U.S. Marshal's Service or any individual facility and, to the extent that it does conflict, the Court defers to those policies. Signed by Judge Jia M. Cobb on December 19, 2022. (lcjmc1) (Entered: 12/19/2022) |
| 12/21/2022 | 231 | NOTICE OF ATTORNEY APPEARANCE Kyle Robert Mirabelli appearing for USA. (Mirabelli, Kyle) (Entered: 12/21/2022) |
| 12/21/2022 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): Due to a federal holiday occurring on February 20, 2023, the Court will ask prospective jurors to appear at 9:00 AM on February 21, 2023, to fill out the jury questionnaire. The Parties are ORDERED to appear at 9:00 AM on February 21, 2023, to participate in introductions before the potential jurors. Signed by Judge Jia M. Cobb on December 21, 2022. (lcjmc1) (Entered: 12/21/2022) |
| 01/03/2023 | | MINUTE ORDER as to JAMES TATE GRANT (2), re 212 Motion for Joinder: The Court ORDERS that Defendant Grant's Motion is GRANTED. Signed by Judge Jia M. Cobb on January 3, 2023. (lcjmc1) (Entered: 01/03/2023) |
| 01/13/2023 | 240 | ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), denying 204 Motion to Dismiss Count One: The Court ORDERS that the Motion is DENIED. See Order for details. Signed by Judge Jia M. Cobb on January 13, 2022. (lcjmc1) (Entered: 01/13/2023) |

| 01/13/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court ORDERS the Parties to appear for a Status Conference on January 20, 2023, at 2:30 PM. Signed by Judge Jia M. Cobb on January 13, 2023. (lcjmc1) (Entered: 01/13/2023) |
|---|---|---|
| 01/13/2023 | | Minute Entry for Status Conference proceeding held on 1/13/2023 before Judge Jia M. Cobb as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4), JASON BENJAMIN BLYTHE(5). New Status Conference set for 1/20/23 at 2:30 PM before Judge Cobb via Zoom. Bond Status of Defendants: Remains Incarcerated: 1–Ryan Samsel and 2–James T. Grant. Defendants continued on bond: 3–Paul Johnson, 4–Stephen Randolph, 5–Jason Blythe.US Attorneys: Karen Rochlin, Christopher Brunwin, Kyle Mirabelli and James Marshall; Defense Attorneys: 1–Stanley Woodward and Juli Haller; 2–Peter Cooper; 3–Lauren Rosen; 4–Angela Halim; 5–Stephen Brennwald; Court Reporter: Tammy Nestor. (zgf) (Entered: 01/23/2023) |
| 01/20/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court ORDERS that a Status Conference will be held via videoconference on March 17, 2023, at 2:00 PM. The Court's Deputy Clerk will provide the information necessary to access the conference. Signed by Judge Jia M. Cobb on January 20, 2023. (lcjmc1) (Entered: 01/20/2023) |
| 01/20/2023 | | Minute Entry for Status Conference proceedings held on 1/20/2023 before Judge Jia M. Cobb as to RYAN SAMSEL(1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). Speedy Trial Excludable (XT) started 1/20/23 until 4/17/23, in the interest of justice as to all defendants. Status Conference set for 3/17/2023 at 2:00 PM in Telephonic/VTC before Judge Jia M. Cobb. Pretrial Conference set for 3/31/2023 at 9:30 AM in Courtroom 21– In Person before Judge Jia M. Cobb.Bond Status of Defendants: 1–Ryan Samsel and 2–James Grant, Continued Committed/Appeared by Zoom. Bond Status of Defendants: 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe– Continued on PR Bond/Appeared by video. US Attorneys: Christopher Brunwin, Karen Rochlin, Kyle Mirabelli and Joseph Marshall;Defense Attorneys: 1–Stanley Woodward and Juli Haller; 2–Peter Cooper; 3–Lauren Rosen; 4–Stephen Randolph and 5–Jason Blythe. Court Reporter: FTR Gold; (FTR Time Frame: 2:55:16 – 4:18:36) (zgf) (Entered: 02/02/2023) |
| 01/24/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court vacates the trial date scheduled for March 6, 2023, and the Court also vacates the pretrial conference that was scheduled for February 17, 2023. The Court ORDERS that the Pretrial Conference is rescheduled to March 31, 2023, at 9:30 AM. Signed by Judge Jia M. Cobb on January 24, 2023. (lcjmc1) (Entered: 01/24/2023) |
| 01/30/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court ORDERS that the Jury Trial shall begin on April 24, 2023, at 9:30 AM. As noted in its previous Order, the pretrial conference shall be held on March 31, 2023, at 9:30 AM. The Parties are ORDERED to confer and jointly propose a schedule for other dates and deadlines (including motions in |

| | | limine, expert disclosures, exhibits lists, and pretrial statements) by the end of the day on Friday, February 10, 2023. Signed by Judge Jia M. Cobb on January 30, 2023. (lcjmc1) (Entered: 01/30/2023) |
|---|---|---|
| 02/10/2023 | 244 | Consent MOTION for Extension of Time to File *joint proposed schedule* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Mirabelli, Kyle) (Entered: 02/10/2023) |
| 02/13/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), granting 244 Consent Motion for Extension of Time: The Court ORDERS that the Motion is GRANTED. The Parties' joint proposed schedule is due by February 17, 2023. Signed by Judge Jia M. Cobb on February 13, 2023. (lcjmc1) (Entered: 02/13/2023) |
| 02/15/2023 | 245 | FOURTH SUPERSEDING INDICTMENT as to RYAN SAMSEL (1) count(s) 1ssss, 2ssss−3ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, 10ssss, 11ssss, 12ssss, 13ssss, JAMES TATE GRANT (2) count(s) 1ss, 2ss−3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss, 14ss, 15ss, PAUL RUSSELL JOHNSON (3) count(s) 1s, 2s−3s, 5s, 6s, 7s, 8s, 9s, 10s, STEPHEN CHASE RANDOLPH (4) count(s) 1s, 2s−3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, JASON BENJAMIN BLYTHE (5) count(s) 1s, 2s−3s, 5s, 6s, 7s, 8s, 9s, 10s. (zstd) Modified on 2/17/2023 to correct counts.(ztnr) (Entered: 02/16/2023) |
| 03/01/2023 | 248 | Joint MOTION to Continue *Trial and Exclude Time Under the Speedy Trial Act* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Marshall, Joseph) (Entered: 03/01/2023) |
| 03/01/2023 | 249 | MOTION to Exclude by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (See docket entry 248 to view docuemnt.) (zstd) (Entered: 03/01/2023) |
| 03/03/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), and JASON BENJAMIN BLYTHE (5) re 248 Joint Motion to Continue Trial and Exclude Time Under the Speedy Trial Act: The Court will resolve this Motion at the next Status Conference, which is scheduled for March 17, 2023, at 2:00 PM. Signed by Judge Jia M. Cobb on March 3, 2023. (lcjmc1). (Entered: 03/03/2023) |
| 03/14/2023 | 251 | NOTICE OF ATTORNEY APPEARANCE: Robert A. Feitel appearing for JAMES TATE GRANT (Feitel, Robert) (Entered: 03/14/2023) |
| 03/17/2023 | 252 | NOTICE *Re: Defense Status* by JAMES TATE GRANT (Feitel, Robert) (Entered: 03/17/2023) |
| 03/17/2023 | 253 | PRETRIAL ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (1), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): Jury Trial set for October 23, 2023, at 9:30 AM in Courtroom 21 (in person). Pretrial Conference set for October 10, 2023, at 9:30 AM in Courtroom 21 (in person). Additionally, the following dates shall govern: The Parties' Exhibit Lists are due by September 13, 2023; Motions (including Motions in Limine) are due by September 18, 2023; Responses to Motions are due by September 28, 2023; Replies to Motions are due by October 5, 2023; and the Parties' Pretrial |

| | | |
|---|---|---|
| | | Statement is due by October 3, 2023. The Parties may file objections to these dates and deadlines, or propose additional dates and deadlines to govern. Signed by Judge Jia M. Cobb on March 17, 2023. (lcjmc1) (Entered: 03/17/2023) |
| 03/17/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court ORDERS that the Pretrial Conference previously scheduled for March 31, 2023 is vacated. As noted in the Court's Minute Order posted today, the Pretrial Conference is rescheduled for October 10, 2023, at 9:30 AM in Courtroom 21 (in person). Signed by Judge Jia M. Cobb on March 17, 2023. (lcjmc1) (Entered: 03/17/2023) |
| 03/17/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Status Conference as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5) held on 3/17/2023. Oral Order granting 248 Motion to Continue Trial and 249 Motion to Exclude Time Under the Speedy Trial Act as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). New Pretrial Conference set for 10/10/2023 at 9:30 AM before Judge Jia M. cobb. Jury Trial set for 10/23/2023 at 9:30 AM before Judge Jia M. Cobb. New Status Hearing for Ryan Samsel(1) scheduled for 3/30/23 at 2:30 PM via Zoom. Oral request by counsel for STEPHEN RANDOLPH (4) for modification of bond conditions. Bond Hearing for STEPHEN RANDOLPH (4) scheduled for 3/30/23 at 2:30 PM via Zoom. Bond Status of Defendants: Remain Incarcerated/appeared by video: 1–Ryan Samsel and 2–James T. Grant. Bond Status of Defendants: Remain on PR Bond/appeared by video: 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe. US Attorneys: Christopher Brunwin, Kyle Mirabelli, and Joseph Marshall; Defense Attorneys: 1–Stanley Woodward, 2–Robert Feitel, 3–Lauren Rosen, 4–Angela Halim and 5–Stephen F. Brennwald; Court Reporter: Stacy Heavenridge. (zgf) (Entered: 03/29/2023) |
| 04/07/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Parties may (but are not required to) submit supplemental briefing explaining the impact that *United States v. Fischer*, 2023 WL 2817988 (D.C. Cir. 2023), has on the pending motions in this case. Signed by Judge Jia M. Cobb on April 7, 2023. (lcjmc1) (Entered: 04/07/2023) |
| 04/10/2023 | 256 | MOTION for Bond *on Home Detention and other Conditions of Release* by JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Feitel, Robert) (Entered: 04/10/2023) |
| 04/11/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4) and JASON BENJAMIN BLYTHE (5) : Supplemental briefs will be due on May 8, 2023, if the Parties choose to file them. Responses to supplemental briefing will be due a week later on May 15, 2023. Signed by Judge Jia M. Cobb on April 11, 2023. (lcjmc1) Modified on 4/13/2023, to add defendant's names. (zgf) (Entered: 04/11/2023) |
| 04/11/2023 | | MINUTE ORDER as to JAMES TATE GRANT (2): The Court ORDERS the Parties to appear for a hearing on April 25, 2023, at 11:00 AM to discuss Mr. Grant's Motion for Bond on Home Detention and Other Conditions of Release. The hearing will be held via videoconference and the Court's Deputy Clerk will circulate the information needed to access the videoconference. The Government's Response to Mr. Grant's |

| | | |
|---|---|---|
| | | Motion is due on April 24, 2023. Signed by Judge Jia M. Cobb on April 11, 2023. (lcjmc1) (Entered: 04/11/2023) |
| 04/24/2023 | 257 | Memorandum in Opposition by USA as to JAMES TATE GRANT re 256 Motion for Bond (Marshall, Joseph) (Entered: 04/24/2023) |
| 04/25/2023 | | Minute Entry for Zoom Motion Hearing proceeding held on 4/25/2023 before Judge Jia M. Cobb as to JAMES TATE GRANT (2) re 256 MOTION for Bond *on Home Detention and other Conditions of Release*. Oral arguments heard and motion taken under advisement. Bond Status of Defendant: Remains Incarcerated/Appeared Via Zoom; US Attorneys: Christopher Brunwin, Kyle Mirabeli, Joseph Marshall; Defense Attorney: Robert A. Feitel; Pretrial Officer: Andre Sidbury; Witnesses: Harold Grant; Court Reporter: Stacy Heavenridge. (zed) (Entered: 04/25/2023) |
| 05/05/2023 | 258 | ORDER denying 256 Motion for Bond as to JAMES TATE GRANT (2): See Order for details. Signed by Judge Jia M. Cobb on May 5, 2023. (lcjmc1) (Entered: 05/05/2023) |
| 05/15/2023 | 260 | NOTICE OF ATTORNEY APPEARANCE Alexandra Foster appearing for USA. (Foster, Alexandra) (Entered: 05/15/2023) |
| 08/03/2023 | | MINUTE ORDER: The Court plans to hold an interim status conference to ensure that the Parties will be ready for trial. To that end, the Court ORDERS the Parties to confer and submit a few dates and times in late August or early September that they are available. The Parties shall provide this information by August 10, 2023. Signed by Judge Jia M. Cobb on August 3, 2023. (lcjmc1) (Entered: 08/03/2023) |
| 08/14/2023 | | NOTICE OF HEARING as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4), JASON BENJAMIN BLYTHE(5): Status Conference set for 8/30/2023 at 10:30 AM before Judge Jia M. Cobb via Zoom. (zgf) (Entered: 08/14/2023) |
| 08/30/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Status Conference as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5) held on 8/30/2023. Government's response to Motion 264 for Reconsideration of Detention due by 9/11/23. New Status Conference set for 9/15/2023 at 10:30 AM before Judge Jia M. Cobb via Zoom. Bond Status of Defendants: 1–Ryan Samsel and 2–James Grant/remains incarcerated. Defendants 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe/continued on PR Bond; Defense Attorneys: 1–Stanley Woodward, Jr and William Shipley, 2–Robert Feitel, 3–Lauren Rosen, 4–Angela Halim and 5–Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle Mirabelli, Alexandra Foster and Joseph H. Marshall; Court Reporter: Stacy Johns. (zgf) (Entered: 09/07/2023) |
| 09/15/2023 | | Minute Entry for Arraignment proceedings held on 9/15/23 before Judge Jia M. Cobb as JAMES TATE GRANT (2) on Counts 1ss–3ss, 5ss–10ss, 14ss–15ss, PAUL RUSSELL JOHNSON (3) on Counts 1s–3s, 5s–10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s–10s, and JASON BENJAMIN BLYTHE (5) on Counts 1s–3s, 5s–10s. PLEA OF NOT GUILTY entered by JAMES TATE GRANT (2) on Counts 1ss–3ss,5ss–10ss,14ss–15ss, PAUL RUSSELL JOHNSON (3) on Counts 1s–3s,5s–10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s–10s and JASON BENJAMIN BLYTHE (5) on Counts 1s–3s,5s–10s. After the Court's inquiry the defendants consent to waive their rights to a jury trial. Bond Status of Defendant: 2–James T. Grant–Remains Incarcerated/appeared by video. DEFENDANTS: |

| | | |
|---|---|---|
| | | 3–Paul Johnson, 4–Stephen C. Randolph, 5–Jason Blythe continued on Personal Recognizance Bond/appeared by video; Defense Attorneys: 2–Robert Feitel, 3–Lauren Rosen and Todd Richman, 4–Angela Halim and 5–Stephen Brennwald; US Attorneys: Joseph H. Marshall and Karen Rochlin. (zgf) (Entered: 09/19/2023) |
| 09/20/2023 | 268 | NOTICE *of Jointly Proposed Pretrial Deadlines* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Marshall, Joseph) (Entered: 09/20/2023) |
| 09/25/2023 | | MINUTE ORDER as to Defendant Ryan Samsel (1): During the September 22, 2023 status conference and arraignment, the Court disclosed to counsel for Mr. Samsel and the Government that it had received a number of third–party letter correspondence concerning Mr. Samsel. The Court asked if the Parties would like to receive copies of the letters, and the Government informed the Court after the status conference that it would. However, Mr. Samsel objected to the Government receiving copies of the letters. The Court is not clear on the basis for Mr. Samsels objection to the Government receiving third–party letters received in Chambers. As a result, it is hereby ORDERED that Mr. Samsel explain his objections in a memorandum due by October 2, 2023. Signed by Judge Jia M. Cobb on September 25, 2023. (lcjmc1) (Entered: 09/25/2023) |
| 09/26/2023 | 275 | MOTION for Transfer to District of Columbia Correctional Treatment Facility by JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order)(Feitel, Robert) Modified text on 9/27/2023 (zstd). (Entered: 09/26/2023) |
| 10/02/2023 | 279 | MOTION in Limine *to Limit Unnecessary Discussion of Security–Related Topics and to Admit Certain Statutes and Records* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Attachments: # 1 Exhibit U.S. Constitution, Article II, Sec 1, # 2 Exhibit U.S. Constitution, amd 12, # 3 Exhibit 3 USC 15, # 4 Exhibit 3 USC 16, # 5 Exhibit 3 USC 17, # 6 Exhibit 3 USC 18)(Marshall, Joseph) (Entered: 10/02/2023) |
| 10/02/2023 | 280 | MOTION in Limine *Re: Government's Proposed Trial Exhibits* by JAMES TATE GRANT. (Feitel, Robert) (Entered: 10/02/2023) |
| 10/06/2023 | | MINUTE ORDER denying 275 Motion Transfer as to JAMES TATE GRANT (2): The Court understands that Mr. Grant is being transported to Washington, D.C. Accordingly, the Motion is DENIED as moot. If there are issues regarding Mr. Grant's access to counsel during trial preparation, Mr. Grant may refile his Motion. Signed by Judge Jia M. Cobb on October 6, 2023. (lcjmc1) (Entered: 10/06/2023) |
| 10/10/2023 | 288 | RESPONSE by USA as to JAMES TATE GRANT, PAUL RUSSELL JOHNSON re 278 MOTION in Limine *to preclude admission of proposed exhibits*, 280 MOTION in Limine *Re: Government's Proposed Trial Exhibits* (Marshall, Joseph) (Entered: 10/10/2023) |
| 10/11/2023 | | NOTICE OF HEARING as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): Pretrial Conference and Bench Trial set for 10/23/2023 at 9:30 AM in Courtroom 23A– In Person before Judge Jia M. Cobb. (zgf) (Entered: 10/11/2023) |
| 10/18/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER: Following the Court's October 18, 2023 hearing as to Mr. Samsel, the Court produced Mr. Samsel's letters to the Court to all Parties in this case via e–mail. Signed by Judge Jia M. Cobb on October 18, 2023. (lcjmc1) (Entered: 10/18/2023) |
| 10/19/2023 | 292 | MOTION Order Permitting Defendants Grant and Samsel To Wear Civilian Clothing During Trial by JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order)(Feitel, Robert) (Entered: 10/19/2023) |
| 10/19/2023 | 293 | TRIAL BRIEF by JAMES TATE GRANT (Feitel, Robert) (Entered: 10/19/2023) |
| 10/19/2023 | 295 | ORDER granting 292 Motion as to RYAN SAMSEL (1) and JAMES TATE GRANT (2): See document for details. Signed by Judge Jia M. Cobb on October 19. 2023. (lcjmc1) (Entered: 10/19/2023) |
| 10/19/2023 | 296 | NOTICE *Of Intent To Plead Guilty to Counts 14 and 15 of the Superseding Indictment* by JAMES TATE GRANT (Feitel, Robert) (Entered: 10/19/2023) |
| 10/21/2023 | 299 | TRIAL BRIEF by JAMES TATE GRANT (Feitel, Robert) (Entered: 10/21/2023) |
| 10/22/2023 | 301 | TRIAL BRIEF by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE (Attachments: # 1 Substantive Legal Instructions)(Mirabelli, Kyle) (Entered: 10/22/2023) |
| 10/22/2023 | 302 | MOTION in Limine *Re: Government Proposed Exhibit 1102E* by JAMES TATE GRANT. (Attachments: # 1 Text of Proposed Order)(Feitel, Robert) (Entered: 10/22/2023) |
| 10/23/2023 | | MINUTE ORDER as tp RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), granting 279 Government's Motion in Limine to Limit Unnecessary Discussion of Security–Related Topics and to Admit Certain Statutes and Records: It is ORDERED that the Motion is granted for the reasons described on the record. Signed by Judge Jia M. Cobb on October 23, 2023. (lcjmc1) Modified on 10/24/2023, to add defendants and number. (zgf). (Entered: 10/23/2023) |
| 10/23/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Pretrial Conference as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5) held on 10/23/2023. Orders forthcoming via Chambers. The Court will proceed with the Bench Trial. Defense Attorneys: 1–Stanley Woodward, 2–Robert Feitel, 3–Lauren Rosen & Todd Richman, 4–Angela Halim, 5–Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Court Reporter: Stacy Johns. (zgf) (Entered: 10/25/2023) |
| 10/23/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Plea Agreement Hearing as to JAMES TATE GRANT (2) held on 10/23/2023. Plea of Guilty entered by JAMES TATE GRANT (2) as to Count 14ss and 15ss. Defendant proceeded to trial immediately after the plea hearing. Defense Attorney: 2–Robert A. Feitel; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Court Reporter: Lorraine Herman. (zgf) (Entered: 10/25/2023) |
| 10/23/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial as to RYAN SAMSEL (1) on Counts 1ssss–3ssss,5ssss–13ssss, JAMES TATE GRANT (2) on Counts 1ss–3ss,5ss–10ss, PAUL RUSSELL JOHNSON (3) on Counts |

| | | |
|---|---|---|
| | | 1s–3s,5s–10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s–10s, JASON BENJAMIN BLYTHE (5) on Counts 1s–3s,5s–10s, held on 10/23/2023. Bench Trial continue to 10/24/23 at 10:00 AM In–Person before Judge Jia M. Cobb in Courtroom 21, 4th floor. Bond Status of Defendants: 1–Ryan Samsel and 2–James T. Grant – Committed/Commitment Issued. Bond Status of Defendants: 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe on Personsal Recognizance; Defense Attorneys: 1–Stanley Woodward, 2–Robert Feitel, 3–Lauren Rosen & Todd Richman, 4–Angela Halim, 5–Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Government Witness: Lt. George McCree; Court Reporter: Lorraine Herman. (zgf) Modified on 10/25/2023 (zgf). (Entered: 10/25/2023) |
| 10/23/2023 | <u>306</u> | WAIVER of Trial by Jury as to JAMES TATE GRANT (2). Approved by Judge Jia M. Cobb on 10/23/23. (zgf) (Entered: 10/26/2023) |
| 10/24/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), denying 282 Defendant Samsel's Motion in Limine: For the reasons stated on the record, it is ORDERED that the Motion is DENIED. Signed by Judge Jia M. Cobb on October 24, 2023. (lcjmc1) Modified on 10/24/2023, to add defendant's names and number. (zgf). (Entered: 10/24/2023) |
| 10/24/2023 | | MINUTE ORDER as PAUL JOHNSON (3), denying 298 Defendant Johnson's Motion to Strike Exh. 562: For the reasons stated on the record, it is ORDERED that the Motion is DENIED. Signed by Judge Jia M. Cobb on October 24, 2023. (lcjmc1) Modified on 10/24/2023, to add defendant's name and number. (zgf) (Entered: 10/24/2023) |
| 10/24/2023 | | MINUTE ORDER as to JAMES TATE GRANT (2), finding as moot <u>302</u> Defendant Grant's Motion in Limine Re: Government Proposed Exhibit 1102E: Given the Government's representation that it does not intend to introduce this evidence at trial, it is ORDERED that the motion is denied as moot. Signed by Judge Jia M. Cobb on October 24, 2023. (lcjmc1) Modified on 10/24/2023 (zgf). (Entered: 10/24/2023) |
| 10/24/2023 | | MINUTE ORDER Re: <u>299</u> Defendant Grant's Trial Memorandum Re: Inadmissibility of Unauthenticated Videos: For the reasons stated on the record, the Court will defer ruling on the request to exclude third–party video evidence at trial. The Court will entertain objections to the authenticity of any such evidence at trial if the Government is unable to lay an appropriate foundation. Signed by Judge Jia M. Cobb on October 24, 2023. (lcjmc1) (Entered: 10/24/2023) |
| 10/24/2023 | | MINUTE ORDER as JAMES TATE GRANT (2),denying in part as moot and deferring in part <u>280</u> Defendant Grant's Motion in Limine Re: Government's Proposed Trial Exhibits: For the reasons stated on the record, it is ORDERED that the Motion is DENIED in part as moot with respect to the evidence the Government has represented it does not intend to introduce at trial. ECF 288. The Court will defer ruling on the remaining evidentiary objections until trial. Signed by Judge Jia M. Cobb on October 24, 2023. (lcjmc1) Modified on 10/24/2023 (zgf). (Entered: 10/24/2023) |
| 10/24/2023 | | MINUTE ORDER as to PAUL RUSSELL JOHNSON (3), denying in part and deferring in part 278 Defendant Johnson's Objections to Government's Proposed Exhibits: For the reasons stated on the record, it is ORDERED that Defendant Johnson's objections are DENIED in part as moot with respect to the evidence the Government has represented it does not intend to introduce at trial. ECF 288. It is |

| | | |
|---|---|---|
| | | further ORDERED that the Government shall be permitted to play montage and compilation video evidence, subject to objection. The Court will defer ruling on the remaining evidentiary objections until trial. Signed by Judge Jia M. Cobb on October 23, 2024. (lcjmc1) Modified on 10/24/2023 (zgf). (Entered: 10/24/2023) |
| 10/24/2023 | | MINUTE ORDER as tp STEPHEN CHASE RANDOLPH (4): For the reasons stated on the record, it is ORDERED Defendant Randolph's oral motion to exclude his post–arrest statements to law enforcement is DENIED. Signed by Judge Jia M. Cobb on October 24, 2023. (lcjmc1) Modified on 10/24/2023 (zgf). (Entered: 10/24/2023) |
| 10/24/2023 | 304 | MOTION for Reconsideration *of Admissibility of Certain Exhibits* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Marshall, Joseph) (Entered: 10/24/2023) |
| 10/24/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial as to RYAN SAMSEL (1) on Counts 1ssss–3ssss,5ssss–13ssss, JAMES TATE GRANT (2) on Counts 1ss–3ss,5ss–10ss, PAUL RUSSELL JOHNSON (3) on Counts 1s–3s,5s–10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s–10s, JASON BENJAMIN BLYTHE (5) on Counts 1s–3s,5s–10s, held on 10/24/2023. Bench Trial continue to 10/25/23 at 10:00 AM In–Person before Judge Jia M. Cobb in Courtroom 21, 4th floor. Bond Status of Defendants: 1–Ryan Samsel and 2–James T. Grant – Committed/Commitment Issued. Bond Status of Defendants: 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe on Personal Recognizance; Defense Attorneys: 1–Stanley Woodward, 2–Robert Feitel, 3–Lauren Rosen & Todd Richman, 4–Angela Halim, 5–Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Government Witnesses: Lt. George McCree and Sgt. Tim Lively; Court Reporter: Stacy Johns. (zgf) (Entered: 10/26/2023) |
| 10/25/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial as to RYAN SAMSEL (1) on Counts 1ssss–3ssss,5ssss–13ssss, JAMES TATE GRANT (2) on Counts 1ss–3ss,5ss–10ss, PAUL RUSSELL JOHNSON (3) on Counts 1s–3s,5s–10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s–10s, JASON BENJAMIN BLYTHE (5) on Counts 1s–3s,5s–10s, held on 10/25/2023. Bench Trial continue to 10/26/23 at 10:00 AM In–Person before Judge Jia M. Cobb in Courtroom 21, 4th floor. Bond Status of Defendants: 1–Ryan Samsel and 2–James T. Grant – Committed/Commitment Issued. Bond Status of Defendants: 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe on Personal Recognizance; Defense Attorneys: 1–Stanley Woodward, 2–Robert Feitel, 3–Lauren Rosen & Todd Richman, 4–Angela Halim, 5–Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Governmemt Witnesses: Sgt. Tim Lively, Sgt. Caroline Edwards and Officer David Cruz; Court Reporter: Stacy Johns–AM and Lorraine Herman–PM. (zgf) (Entered: 10/26/2023) |
| 10/26/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial as to RYAN SAMSEL (1) on Counts 1ssss–3ssss,5ssss–13ssss, JAMES TATE GRANT (2) on Counts 1ss–3ss,5ss–10ss, PAUL RUSSELL JOHNSON (3) on Counts 1s–3s,5s–10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s–10s, JASON BENJAMIN BLYTHE (5) on Counts 1s–3s,5s–10s held on 10/26/2023. Bench Trial set for 10/30/2021 at 9:30 AM in Courtroom 21– In Person before Judge Jia M. Cobb. Bond Status of Defendant: 1–Ryan Samsel and 2–James T. Grant – |

| | | |
|---|---|---|
| | | Committed/Commitment Issued. Bond Status of Defendants: 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe on Personal Recognizance. Defense Attorneys: 1–Stanley Woodward, 2–Robert Feitel, 3–Lauren Rosen & Todd Richman, 4–Angela Halim, 5–Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Government Witnesses: Officer David Cruz, Sgt. Luke Foskett, Special Agent James Farris and Captain David Augustine; Court Reporter: Stacy Johns; (zgf) Modified on 10/30/2023, to make a correction to the docket entry. (zgf). (Entered: 10/26/2023) |
| 10/27/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): It is hereby ORDERED that Government Exhibit 1202F is admitted over objection. Exhibit 1202F is comprised of excerpts from the Congressional Record, which the Court has taken judicial notice of, and video from the congressional chambers on January 6, 2021. These excerpts are materially relevant to the Government's obligation to prove what transpired at the Capitol on January 6, including when the congressional session adjourned, when members of Congress were permitted to return to the Capitol, and whether Congresss business was impeded, which the Government must prove under 18 USC § 1512(c)(2). The Court understands the video also depicts individuals other than Defendants entering the Senate Chamber. The Court is confident that there will not be a danger of the factfinder attributing any of the conduct of the individuals briefly featured in the video with Defendants, none of whom are alleged to have physically entered the Senate Chamber. Signed by Judge Jia M. Cobb on October 27, 2023. (lcjmc1) (Entered: 10/27/2023) |
| 10/30/2023 | 310 | MOTION for additional trial procedures by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Foster, Alexandra) (Entered: 10/30/2023) |
| 10/30/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial as to RYAN SAMSEL (1) on Counts 1ssss–3ssss,5ssss–13ssss, JAMES TATE GRANT (2) on Counts 1ss–3ss,5ss–10ss, PAUL RUSSELL JOHNSON (3) on Counts 1s–3s,5s–10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s–10s, JASON BENJAMIN BLYTHE (5) on Counts 1s–3s,5s–10s held on 10/30/2023. Bench Trial set for 10/31/2023 at 10:00 AM in Courtroom 21– In Person before Judge Jia M. Cobb. Bond Status of Defendants: 1–Ryan Samsel and 2–James T. Grant – Committed/Commitment Issued. Bond Status of Defendants: 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe on Personal Recognizance; Defense Attorneys: 1–Stanley Woodward, 2–Robert Feitel, 3–Lauren Rosen & Todd Richman, 4–Angela Halim, 5–Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Government Witnesses: Capt. David Augustine; FBI Special Agents – Craig Noyes, Kacy Jones, Desairae Maldonado and Stewart Curcio; Court Reporter: Stacy Johns. (zgf) (Entered: 10/30/2023) |
| 10/31/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial as to RYAN SAMSEL (1) on Counts 1ssss–3ssss,5ssss–13ssss, JAMES TATE GRANT (2) on Counts 1ss–3ss,5ss–10ss, PAUL RUSSELL JOHNSON (3) on Counts 1s–3s,5s–10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s–10s, JASON BENJAMIN BLYTHE (5) on Counts 1s–3s,5s–10s held on 10/31/2023. Oral Rule(29) Motion by all defendants. Oral arguments heard and the court reserve ruling on the motion. Bench Trial continued to 11/2/2023 at 11:00 AM in Courtroom 21– In |

| | | |
|---|---|---|
| | | Person before Judge Jia M. Cobb for closing aruguments. Bond Status of Defendants: 1–Ryan Samsel and 2–James T. Grant – Committed/Commitment Issued. Bond Status of Defendants: 3–Paul Johnson, 4–Stephen Randolph and 5–Jason Blythe on Personal Recognizance; Defense Attorneys: 1–Stanley Woodward, 2–Robert Feitel, 3–Lauren Rosen & Todd Richman, 4–Angela Halim, 5–Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Court Reporter: Stacy Johns. (zgf) (Entered: 11/08/2023) |
| 11/02/2023 | 313 | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court will apply the following legal instructions and definitions in rendering a verdict in this case. After hearing argument from the Parties, the Court made the following edits to the Government's proposed instructions, ECF 301–1. First, by agreement of the Parties, the Court removed reference to the term "encourage" from the aiding and abetting instruction and used the term "used or carried" throughout the definitions section of the 18 U.S.C. § 1752 charges. Second, as requested by Defendants and over Government's objection, the Court removed the sentence "Bodily injury includes a cut, abrasion, bruise, burn or disfigurement; physical pain; illness; impairment of the function of a bodily member, organ, or mental faculty; or any other injury to body, no matter how temporary" from the definition of "bodily injury," as the Court did not think that the portion of the instruction was necessary in light of the Government's theory in this case and Defendants' objections. There may be another case or set of facts that convinces the Court that this sentence is necessary to avoid confusion regarding the meaning of "bodily injury," but the sentence adds little clarity in this case. Finally, consistent with the weight of authority presented to the Court at argument on the instructions, the Court has adopted Defendants' proposed definition of "inflict" whereby to inflict an injury is to directly cause that injury through the application of physical force. *See United States v. Jackson*, 310 F.3d 554, 557 (7th Cir. 2002) ("'inflict' is more restrictive than 'cause,' and connotes an injury directly caused by the defendant's application of force to an officer, rather than merely as a result of the defendant's conduct"); *see also United States v. Zabawa*, 719 F.3d 555, 560 (6th Cir. 2013) ("'inflict' refers to physical, not proximate, causation," such that "[t]he person whose action was the direct physical cause of [the injury]... is the person who inflicted it for purposes of § 111(b)"); *Gray v. United States*, 980 F.3d 264, 267 (2d Cir. 2020) (same, quoting *Zabawa*).<br><br>The Court has not adopted Defendants' proposed edits to the 18 U.S.C. § 1752 charges concerning defendant's knowledge of the Vice President's presence at the Capitol on January 6, 2021, agreeing with the reasoning articulated by the Government at the hearing on this issue. The Court has also declined to find that a deadly or dangerous weapon is one which is *likely* to cause serious bodily injury or death. The controlling precedent is this Circuit is clear that a deadly or dangerous weapon is any object which is *capable* of causing serious bodily injury or harm to another person. *See U.S. v. Arrington*, 309 F.3d 40, 45 (D.C. Cir. 2002).<br><br>As this is a bench trial, any Party remains free to raise additional arguments or provide additional authority regarding these issues before the Court begins deliberating.<br><br>Signed by Judge Jia M. Cobb on November 2, 2023. (lcjmc1) (Entered: 11/02/2023) |

| 11/02/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb:Bench Trial as to RYAN SAMSEL (1) on Counts 1ssss−3ssss,5ssss−13ssss, JAMES TATE GRANT (2) on Counts 1ss−3ss,5ss−10ss, PAUL RUSSELL JOHNSON (3) on Counts 1s−3s,5s−10s, STEPHEN CHASE RANDOLPH (4) on Counts 1s−3s, JASON BENJAMIN BLYTHE (5) on Counts 1s−3s,5s−10s held on 11/2/2023. Closing arguments heard. The Court will notify the parties with a new date for the Court's ruling. Bond Status of Defendants: 1−Ryan Samsel and 2−James T. Grant − Committed/Commitment Issued. Bond Status of Defendants: 3−Paul Johnson, 4−Stephen Randolph and 5−Jason Blythe on Personal Recognizance; Defense Attorneys: 1−Stanley Woodward, 2−Robert Feitel, 3−Lauren Rosen & Todd Richman, 4−Angela Halim, 5−Stephen Brennwald; US Attorneys: Christopher Brunwin, Kyle R. Mirabelli, Alexandra Foster, and Joseph Hutton Marshall; Court Reporter: Stacy Johns. (zgf) (Entered: 11/08/2023) |
|---|---|---|
| 11/06/2023 | 314 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS − DAY 1 − AFTERNOON, in case as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE, before Judge Jia M. Cobb, held on October 23, 2023. Page Numbers: 1−57. Date of Issuance: November 6, 2023. Court Reporter: Lorraine Herman. Email: lorraine_herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/7/2023. Release of Transcript Restriction set for 2/4/2024.(Herman, Lorraine) (Entered: 11/06/2023) |
| 11/06/2023 | 315 | TRANSCRIPT OF PROCEEDINGS in case as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE before Judge Jia M. Cobb held on October 24, 2023; Page Numbers: 1−249. Date of Issuance: November 6, 2023. Court Reporter: Stacy Johns. Email: Stacy_Johns@dcd.uscourts.gov, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/7/2023. Release of Transcript Restriction set for 2/4/2024.(Johns, Stacy) (Entered: 11/06/2023) |
| 11/06/2023 | 316 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 3 – Morning, in the case as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE before Judge Jia M. Cobb held on October 25, 2023; Page Numbers: 1–113. Date of Issuance: November 6, 2023. Court Reporter: Stacy Johns. Email: Stacy_Johns@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/7/2023. Release of Transcript Restriction set for 2/4/2024.(Johns, Stacy) (Entered: 11/06/2023) |
| 11/06/2023 | 317 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 3 – AFTERNOON, in the case as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE, before Judge Jia M. Cobb. Held on October 25, 2023. Page Numbers: 1–173. Date of Issuance: November 6, 2023. Court Reporter: Lorraine Herman. Email: lorraine_herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal |

| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/7/2023. Release of Transcript Restriction set for 2/4/2024.(Herman, Lorraine) (Entered: 11/06/2023) |
|---|---|---|
| 11/06/2023 | 318 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 5, in the case as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE before Judge Jia M. Cobb, held on October 30, 2023; Page Numbers: 1–276. Date of Issuance: November 6, 2023. Court Reporter: Stacy Johns. Email: Stacy_Johns@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/7/2023. Release of Transcript Restriction set for 2/4/2024.(Johns, Stacy) (Entered: 11/06/2023) |
| 11/06/2023 | 319 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 6 in the case as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE before Judge Jia M. Cobb, held on October 30, 2023; Page Numbers: 1–139. Date of Issuance: November 9, 2023. Court Reporter: Stacy Johns. Email: Stacy_Johns@dcd.uscourts.gov, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | |
|---|---|---|
| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/7/2023. Release of Transcript Restriction set for 2/4/2024.(Johns, Stacy) (Entered: 11/06/2023) |
| 11/08/2023 | | NOTICE OF HEARING as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): Bench Trial for the Court's ruling is continued to 12/5/2023 at 10:00 AM in Courtroom 21– In Person before Judge Jia M. Cobb. (zgf) (Entered: 11/08/2023) |
| 11/29/2023 | | NOTICE OF HEARING as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The December 5, 2023, date is hereby VACATED. The new Bench Trial for the Court's oral ruling is set for for January 4, 2024 at 10:00 AM in Courtroom 21– In Person before Judge Jia M. Cobb. (zgf) (Entered: 11/29/2023) |
| 12/07/2023 | 322 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 4 – in the case as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE before Judge Jia M. Cobb held on October 26, 2023; Page Numbers: 1–197. Date of Issuance: December 7, 2023. Court Reporter: Stacy Johns. Email: Stacy_Johns@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/28/2023. Redacted Transcript Deadline set for 1/7/2024. Release of Transcript Restriction set for 3/6/2024.(Johns, Stacy) (Entered: 12/07/2023) |
| 12/07/2023 | 323 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS – DAY 7 – in case as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE before Judge Jia M. Cobb held on November 2, 2023; Page Numbers: 1–174. Date of Issuance: December 7, 2023. Court Reporter: Stacy Johns. Email address: Stacy_Johns@dcd.uscourts.gov. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/28/2023. Redacted Transcript Deadline set for 1/7/2024. Release of Transcript Restriction set for 3/6/2024.(Johns, Stacy) (Entered: 12/07/2023) |
| 12/12/2023 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): Trial having concluded, the Court will render a verdict on Defendants' pending Rule 29 motions at the upcoming January 4, 2024 hearing. The Court previously adopted the Government's proposed legal instructions concerning 18 U.S.C. § 1752. *See* ECF 313. Since trial concluded, the Court has become aware of additional persuasive authority concerning § 1752, including *United States v. Elizalde*, Action No. 1:23−cr−00170, ECF 39 (D.D.C. Dec. 1, 2023), as well as the fact that this issue was the subject of a recent oral argument and is currently being considered by the D.C. Circuit, *United States v. Griffin*, Action No. 22−3042. The Parties previously briefed this issue, so the Court is not ordering supplemental briefing. But if any party has additional information it wants to provide the Court in light of these new developments, please submit them by December 29, 2023. Signed by Judge Jia M. Cobb on December 12, 2023. (lcjmc1) (Entered: 12/12/2023) |
| 12/29/2023 | 327 | RESPONSE TO ORDER OF THE COURT by JAMES TATE GRANT re Order,,,,, Set Deadlines,,,, (Feitel, Robert) (Entered: 12/29/2023) |
| 12/29/2023 | 328 | RESPONSE TO ORDER OF THE COURT by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE re Order,,,,, Set Deadlines,,,, (Mirabelli, Kyle) (Entered: 12/29/2023) |
| 01/04/2024 | | Terminate Deadlines and Hearings as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE: (zgf) (Entered: 01/04/2024) |
| 01/07/2024 | 333 | NOTICE *Of Supplemental Legal Authority* by JAMES TATE GRANT (Feitel, Robert) (Entered: 01/07/2024) |
| 01/10/2024 | | NOTICE OF HEARING as to RYAN SAMSEL(1), JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5) Bench Trial for the Court to render a verdict set for 2/2/2024 at 11:00 AM in Courtroom 21− In Person before Judge Jia M. Cobb. (zgf) (Entered: 01/10/2024) |
| 01/27/2024 | 334 | |

| | | NOTICE *of Stand In Counsel For Return Of Verdict* by JAMES TATE GRANT (Feitel, Robert) (Entered: 01/27/2024) |
|---|---|---|
| 02/02/2024 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial resumed and concluded as to RYAN SAMSEL (1) on Counts 1ssss−3ssss,5ssss−13ssss, JAMES TATE GRANT (2) on Counts 1ss−3ss,5ss−10ss, PAUL RUSSELL JOHNSON (3) on Counts 1s−3s,5s−10s, STEPHEN CHASE RANDOLPH (4)on Counts 1s−10s, JASON BENJAMIN BLYTHE (5) on Counts 1s−3s,5s−10s held on 2/2/2024. COURT'S VERDICT as to RYAN SAMSEL (1), GUILTY on Counts 1ssss, 2ssss, 8ssss − 13ssss and NOT GUILTY on Counts 3ssss, 5ssss−7ssss. COURT'S VERDICT as to JAMES TATE GRANT (2), GUILTY on Counts 1ss, 3ss, 8ss−10ss and NOT GUILTY on Counts 2ss, 5ss−7ss. COURT'S VERDICT as to PAUL RUSSELL JOHNSON (3), GUILTY on Counts 1s, 3s, 8s−10s, and NOT GUILTY on Counts 2s, 5s−7s. COURT'S VERDICT as to STEPHEN CHASE RANDOLPH (4), GUILTY on Counts 1s−2s, 4s, 9s and NOT GUILTY on Counts 3s, 5s−8s, 10s. COURT'S VERDICT as to JASON BENJAMIN BLYTHE (5), GUILTY on Counts 1s, 3s, 9s and NOT GUILTY on Counts 2s, 5s −8s, 10s. Oral Order denying the Judgment of Acquittal.For reasons stated on record, Oral Order denying without prejudice Motion 320 for return of property. DEFENDANTS REFERRAL FOR PRESENTENCING REPORT. Sentencing all defendants set for 6/13/24 at 10:00 AM In−Person in Courtroom 21 before Judge Jia M. Cobb. Memoranda in aid of sentencing due by 5/30/24. Any responses by 6/6/24. Defendant's bond briefs due by 2/7/24. Response due by 2/9/24. Any replies by 2/12/24. Bond Status of Defendant: 1−Ryan Samsel and 2−James T. Grant − Committed/Commitment Issued. Bond Status of Defendants: 3−Paul Johnson, 4−Stephen Randolph and 5−Jason Blythe on Personal Recognizance; Defense Attorney: 1−Stanley Woodward, 2−Sandi Rhee (for Robert Feitel), 3−Lauren Rosen & Todd Richman, 4−Angela Halim, 5−Stephen Brennwald; US Attorney: Alexandra Foster, and Joseph Hutton Marshall; Court Reporter: Stacy Johns. (zgf) (Entered: 02/05/2024) |
| 02/02/2024 | <u>338</u> | COURT VERDICT as to JAMES TATE GRANT (2) Guilty on Counts 1ss,3ss,8ss,9ss,10ss and Not Guilty on Counts 2ss,5ss,6ss,7ss. Signed by Judge Jia M. Cobb on 2/2/24. (zgf) (Entered: 02/06/2024) |
| 02/02/2024 | | REFERRAL TO PROBATION OFFICE for Presentence Investigation as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5). Sentencing Memorandum due by 5/30/2024. Responses to Sentencing due by 6/6/2024. Sentencing for all defendants set for 6/13/2024 at 10:00 AM in Courtroom 21− In Person before Judge Jia M. Cobb. (zgf) (Entered: 02/06/2024) |
| 02/09/2024 | <u>345</u> | FINDINGS OF FACT as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), and JASON BENJAMIN BLYTHE (5): See document for details. Signed by Judge Jia M. Cobb on February 9, 2024. (lcjmc1) (Entered: 02/09/2024) |
| 02/12/2024 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5) denying 202 , 205 , and 210 Defendants' Motions to Dismiss Counts Five, Six, Seven, and Ten: The Court has reviewed Mr. Johnson's motion to dismiss count ten (ECF 202); Mr. Randolph's motion to dismiss counts five, six, and seven (ECF 205); Mr. Blythe's motion to dismiss counts five, six, and |

| | | |
|---|---|---|
| | | ten (ECF 210); and the Defendants' motions and notices to join, which the Court grants (ECF 207, 211, 212, 213). For the reasons stated on the record during the October 23, 2023 pretrial conference, the Court DENIED Defendants' motions to dismiss, finding no basis for dismissal. *See, e.g., United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023). Signed by Judge Jia M. Cobb on February 12, 2024. (lcjmc1) (Entered: 02/12/2024) |
| 02/12/2024 | 350 | MINUTE ORDER granting <u>304</u> Government's Motion for Reconsideration of Admissibility of Certain Exhibits as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5); and denying 305 PAUL RUSSEL JOHNNSON's (4) Motion for Reconsideration: For the reasons stated on the record during the October 25, 2023 hearing, the Court GRANTED the Government's motion and admitted the exhibits described therein. For those same reasons, and those stated on the record during the October 30, 2023 hearing, the Court DENIED Mr. Johnson's motion requesting that the Court exclude the audio accompanying the video exhibits at issue. Signed by Judge Jia M. Cobb on February 12, 2024. (lcjmc1) Modified on 2/12/2024, (No document attached). (zgf). (Entered: 02/12/2024) |
| 02/12/2024 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), denying as moot <u>310</u> Government's Motion for Additional Trial Procedures: For the reasons explained on the record during the October 31, 2023 hearing, the Court DENIED this motion as moot. Signed by Judge Jia M. Cobb on February 12, 2024. (lcjmc1) (Entered: 02/12/2024) |
| 02/16/2024 | <u>353</u> | MOTION To Join Co−Defendant Motion For Additional Time To File Post−Trial Motions by JAMES TATE GRANT. (Attachments: # <u>1</u> Text of Proposed Order)(Feitel, Robert) Modified event type and text on 2/16/2024 (zstd). (Entered: 02/16/2024) |
| 02/20/2024 | <u>356</u> | MOTION Join or Adopt re 355 Unopposed MOTION for Extension of Time to File *Post−Trial Motions* by RYAN SAMSEL as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Attachments: # <u>1</u> Text of Proposed Order)(Woodward, Stanley) (Entered: 02/20/2024) |
| 02/20/2024 | | MINUTE ORDER granting 352 , <u>353</u> , 354 , 355 , <u>356</u> Defendants' Motions to Extend Time to File Post−Trial Motions as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): The Court hereby ORDERS that Mr. Samsel, Mr. Grant, Mr. Johnson and Mr. Blythe's motions to join Mr. Randolph's motion to extend time to file post−trial motions, ECF 352, are GRANTED, *see* ECFs 353, 354, 355, 356. The Court further ORDERS that the requested extension is GRANTED, *nunc pro tunc*, and that Defendants shall have until March 18, 2024 to file any post−trial motions. Signed by Judge Jia M. Cobb on February 20, 2024. (lcjmc1) (Entered: 02/20/2024) |
| 02/20/2024 | | Set/Reset Deadlines as to JAMES TATE GRANT(2), PAUL RUSSELL JOHNSON(3), STEPHEN CHASE RANDOLPH(4), JASON BENJAMIN BLYTHE(5):Post−trial motions due by 3/18/2024. (zgf) (Entered: 02/29/2024) |
| 05/19/2024 | <u>372</u> | Unopposed MOTION to Continue *Sentencing Hearings as to all Defendants Except Ryan Samsel* by JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN |

| | | |
|---|---|---|
| | | CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Brennwald, Stephen) (Entered: 05/19/2024) |
| 05/20/2024 | | MINUTE ORDER as to JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), granting <u>372</u> Unopposed Motion to Continue Sentencing. Upon consideration of the motion, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the sentencing memoranda for Defendants JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5), shall be due by July 25, 2024, with responses due by August 1, 2024. The sentencing hearing for these defendants is continued to August 8, 2024, at 10:00 A.M. before Judge Jia M. Cobb in Courtroom 3. Signed by Judge Jia M. Cobb on 5/20/24. (zgf) (Entered: 05/21/2024) |
| 07/15/2024 | <u>380</u> | MOTION for Reconsideration *Of Denial Of Defendant's Judgement of Acquittal As To Count Ten Of the Second Supeseding Indictment* by JAMES TATE GRANT. (Attachments: # <u>1</u> Text of Proposed Order)(Feitel, Robert) (Entered: 07/15/2024) |
| 07/22/2024 | <u>383</u> | MOTION to Continue *Sentencing and Extend Filing Dates* by USA as to JAMES TATE GRANT. (Foster, Alexandra) (Entered: 07/22/2024) |
| 07/22/2024 | 386 | MOTION for Extension of Time to File Response/Reply as to <u>380</u> MOTION for Reconsideration Of Denial Of Defendant's Judgement of Acquittal As To Count Ten Of the Second Supeseding Indictment by USA as to JAMES TATE GRANT (2). (See docket entry <u>383</u> to view document.) (zstd) (Entered: 07/23/2024) |
| 07/23/2024 | <u>387</u> | Memorandum in Opposition by JAMES TATE GRANT re <u>383</u> Motion to Continue Sentencing 386 Motion for Extension of Time to File Response/Reply, (Feitel, Robert) Modified to add second link on 7/24/2024 (zstd). (Entered: 07/23/2024) |
| 07/25/2024 | <u>388</u> | REPLY TO OPPOSITION to Motion by USA as to JAMES TATE GRANT re 386 MOTION for Extension of Time to File Response/Reply as to <u>380</u> MOTION for Reconsideration *Of Denial Of Defendant's Judgement of Acquittal As To Count Ten Of the Second Supeseding Indictment* (Foster, Alexandra) (Entered: 07/25/2024) |
| 07/25/2024 | | MINUTE ORDER as to RYAN SAMSEL (1), JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), and JASON BENJAMIN BLYTHE (5), granting 379 Defendant Johnson's Consent Motion to Continue Sentencing Hearing, and <u>383</u> Government's Motion to Continue Sentencing and Extend Filing Dates: Upon consideration of the motions, it is hereby ORDERED that the motions are GRANTED. Mr. Samsel, Mr. Grant, Mr. Johnson, Mr. Randolph, and Mr. Blythe's sentencing hearings are continued to September 19, 2024, at 10:00 A.M. in Courtroom 3.<br><br>It is further ORDERED that sentencing memoranda are due on September 5, 2024, and oppositions are due on September 12, 2024. The Court has scheduled Defendants' sentencings for the same date and time because Defendants were tried jointly and their cases involve the same complaining witnesses. However, the Court assures Defendants that it will make individualized determinations at sentencing.<br><br>Mr. Grant opposed the Government's request to continue his sentencing hearing. The Court considered Mr. Grant's objection, however finds good cause to continue the sentencing that outweighs any potential prejudice to Mr. Grant for the reasons the Government articulated in its motion. Additionally, the brief, requested continuance |

| | | |
|---|---|---|
| | | will provide the Court adequate time to resolve Mr. Grant's motion for reconsideration, ECF 380, and allow the Probation Department to make any amendments to Mr. Grant's guidelines calculation and Presentence Report if that motion is granted. The Court has not yet made a decision about any Defendant's sentence, and Mr. Grant remains free to ask the Court to consider a departure or variance at the continued sentencing. Signed by Judge Jia M. Cobb on July 25, 2024. (lcjmc1) (Entered: 07/25/2024) |
| 07/25/2024 | | MINUTE ORDER as to JAMES TATE GRANT (1) granting 386 Government's Motion for Extension of Time to File Response/Reply to Mr. Grant's Motion for Reconsideration: Upon consideration of the motion, it is hereby ORDERED that the motion is GRANTED. The Government's response to Mr. Grant's motion for reconsideration, ECF 380, is due August 23, 2024; Mr. Grant's reply is due August 30, 2024. Signed by Judge Jia M. Cobb on July 25, 2024. (lcjmc1) (Entered: 07/25/2024) |
| 08/23/2024 | 392 | MOTION to Dismiss Count *Ten of the Fourth Superseding Indictment* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE. (Marshall, Joseph) (Entered: 08/23/2024) |
| 08/26/2024 | | MINUTE ORDER re 392 Government's Motion to Dismiss Count Ten of the Fourth Superseding Indictment by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE: Having reviewed the Government's motion, the Court ORDERS any Defendant who wishes to file a response to do so by August 30, 2024. This response, if any, should indicate (a) whether Defendant believes that their consent to the Government's requested dismissal is required under Fed. R. Crim. P. 48(a) and the basis for that position, and (b) whether Defendant objects to the requested dismissal and the basis for that objection. Signed by Judge Jia M. Cobb on August 26, 2024. (lcjmc1) (Entered: 08/26/2024) |
| 09/03/2024 | | MINUTE ORDER granting 392 Motion to Dismiss Count Ten of the Fourth Superseding Indictment as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON, STEPHEN CHASE RANDOLPH, JASON BENJAMIN BLYTHE: Upon consideration of the 392 Government's motion to dismiss, and with no objection from any Defendant, the Court ORDERS that Count Ten of the 245 fourth superseding indictment, charging Defendants with Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and (2), is hereby DISMISSED. It is further ORDERED that 380 Defendant JAMES TATE GRANT's motion to reconsider judgment of acquittal as to Count Ten and 389 Defendant PAUL RUSSELL JOHNSON's motion to dismiss Count Ten are DENIED as moot. Signed by Judge Jia M. Cobb on September 3, 2024. (lcjmc1) (Entered: 09/03/2024) |
| 09/04/2024 | 400 | Unopposed MOTION for Extension of Time to *File Sentencing Memoranda* by USA as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON. (Foster, Alexandra) (Entered: 09/04/2024) |
| 09/04/2024 | | MINUTE ORDER granting 400 Unopposed Motion for Extension of Time to File Sentencing Memoranda as to RYAN SAMSEL, JAMES TATE GRANT, PAUL RUSSELL JOHNSON: Having considered the motion, and for good cause shown, the Court GRANTS the motion. It is further ORDERED that the Government and Defendants SAMSEL, GRANT, and JOHNSON must submit their respective |

| | | |
|---|---|---|
| | | sentencing memoranda by September 13, 2024. Any responses to those memoranda shall be due by September 17, 2024. Signed by Judge Jia M. Cobb on September 4, 2024. (lcjmc1) (Entered: 09/04/2024) |
| 09/13/2024 | <u>414</u> | SENTENCING MEMORANDUM by JAMES TATE GRANT (Attachments: # <u>1</u> Exhibit Letter From Defendant, # <u>2</u> Exhibit Letters From Defendant's Family, # <u>3</u> Exhibit Letter From DC DOC)(Feitel, Robert) (Entered: 09/13/2024) |
| 09/13/2024 | <u>416</u> | SENTENCING MEMORANDUM by USA as to JAMES TATE GRANT (Mirabelli, Kyle) (Entered: 09/13/2024) |
| 09/16/2024 | | MINUTE ORDER granting in part and denying in part 415 Motion to Vacate as to RYAN SAMSEL (1); granting in part and denying in part 418 Motion for Hearing as to RYAN SAMSEL (1); re−setting hearing time as to JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), and JASON BENJAMIN BLYTHE (5): For the reasons outlined in the Parties' motions, the pre−sentencing report deadline for Defendant SAMSEL is vacated, and Defendant SAMSEL's sentencing hearing is continued. The Court will hold an in−person status hearing as to Mr. SAMSEL on Thursday, September 19, 2024, at 10:00 AM in Courtroom 3; accordingly, the Parties' request for a virtual hearing is DENIED. The sentencing hearings for Defendants GRANT, JOHNSON, RANDOLPH, and BLYTHE will begin at 10:30 AM on Thursday, September 19, 2024. Signed by Judge Jia M. Cobb on September 16, 2024. (lcjmc1) (Entered: 09/16/2024) |
| 09/16/2024 | | Reset Hearing as to JAMES TATE GRANT (2), PAUL RUSSELL JOHNSON (3), STEPHEN CHASE RANDOLPH (4), JASON BENJAMIN BLYTHE (5): Sentencing reset for 9/19/2024 at 10:30 AM in Courtroom 3− In Person before Judge Jia M. Cobb. (zed) (Entered: 09/17/2024) |
| 09/17/2024 | <u>421</u> | SUPPLEMENTAL SENTENCING MEMORANDUM by JAMES TATE GRANT (Feitel, Robert) Modified event title on 9/18/2024 (znmw). (Entered: 09/17/2024) |
| 09/17/2024 | <u>423</u> | REPLY by USA as to JAMES TATE GRANT, PAUL RUSSELL JOHNSON, JASON BENJAMIN BLYTHE re 413 Sentencing Memorandum, <u>414</u> Sentencing Memorandum, 411 Sentencing Memorandum (Foster, Alexandra) (Entered: 09/17/2024) |
| 09/19/2024 | | Minute Entry for proceeding held on 9/19/2024 before Judge Jia M. Cobb: Sentencing as to JAMES TATE GRANT (2) on Counts 1ss, 3ss, 8ss, 9ss, 14ss and 15ss. Defendant sentenced to Thirty−Six (36) months of incarceration as to each of Counts 1ss and 3ss; Six (6) months of incarceration as to each of Counts 8ss, 9ss, 14ss and 15ss, all terms of incarceration to run concurrently. Followed by Thirty−Six (36) months of supervised release as to each of Counts 1ss and 3ss, to run concurrently. $100 Special Assessment as to each of Counts 1ss, 3ss and $10 Special Assessment as to each of Counts 8ss, 9ss, 14ss and 15ss (for a total of $240). $2000 Restitution. Bond Status of Defendant: Committed/Commitment Issued; Defense Attorney: Robert A. Feitel; US Attorney: Karen E. Rochlin and Kyle Robert Mirabelli; Prob Officer: Jessica Reichler; Court Reporter: Stacy Johns. (zed) (Entered: 09/20/2024) |
| 09/24/2024 | <u>429</u> | Emergency Motion to Prevent Defendant's Transportation out of Jurisdiction by JAMES TATE GRANT. (Attachments: # <u>1</u> Text of Proposed Order)(Feitel, Robert) Modified text on 9/25/2024 (zstd). (Entered: 09/24/2024) |
| 09/25/2024 | <u>430</u> | |

| | | |
|---|---|---|
| | | JUDGMENT as to JAMES TATE GRANT (2). Statement of Reasons Not Included. Signed by Judge Jia M. Cobb on 9/25/2024. (zstd) (Entered: 09/25/2024) |
| 09/25/2024 | 431 | STATEMENT OF REASONS as to JAMES TATE GRANT (2) re 430 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Jia M. Cobb on 9/25/2024. (zstd) (Entered: 09/25/2024) |
| 09/25/2024 | | MINUTE ORDER denying 429 Emergency Motion to Prevent Defendant's Transportation out of Jurisdiction as to JAMES TATE GRANT (2): It is within the judgment of the Bureau of Prisons (BOP) to determine where defendants are housed, including where they should be housed while the amount of time they have served and credit toward their sentence is calculated. In addition, it is the Court's understanding that the BOP will provide resources to enable Defendant GRANT to return to wherever he will be residing upon release. Accordingly, Defendant GRANT's motion is DENIED. Signed by Judge Jia M. Cobb on September 25, 2024. (lcjmc1) (Entered: 09/25/2024) |
| 10/03/2024 | 432 | NOTICE OF APPEAL – Final Judgment by JAMES TATE GRANT re 345 Order, Findings of Fact, 430 Judgment, 338 Court Verdict, 431 Statement of Reasons. Fee Status: No Fee Paid. Parties have been notified. (Feitel, Robert) (Entered: 10/03/2024) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No.   21 Cr. 537-2 (JMC)
)
James Grant )

## NOTICE OF APPEAL

Name and address of appellant:          James Grant
                                        3308 Lebrun Path
                                        Fuquay Varina, North Carolina 27526

Name and address of appellant's attorney:    Robert Feitel
                                             1300 Pennsylvania Avenue, N.W.
                                             #190-515
                                             Washington, DC 20004

Offense:   18 USC 111(a), (b),2; 40:5104(e)(2)(D); 40:5104(e)(2)(F) and 2; 40:5104(e)(2)(C); 40:5104(e)(

Concise statement of judgment or order, giving date, and any sentence:

   Appeal of Conviction (DE  338)  and Sentence (DE 430)

Name and institution where now confined, if not on bail:

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

_10/3/2027_
DATE                                        APPELLANT

                                            _____
                                            ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [ ]
CJA, NO FEE             [✔]
PAID USDC FEE           [ ]
PAID USCA FEE           [ ]
Does counsel wish to appear on appeal?                        YES [ ]    NO [✔]
Has counsel ordered transcripts?                             YES [ ]    NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No. 21-cr-00537 (JMC)** |
| ) | |
| **JAMES TATE GRANT (2),** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>VERDICT FORM</u>

**Count 1:**   **Civil Disorder**

_____✓_____          _____
Guilty                              Not Guilty

**Count 2:**   **Assaulting Officer C.E. (Inflicting Bodily Injury or Deadly/Dangerous Weapon)**

_____          _____✓_____
Guilty                              Not Guilty

If you have marked Guilty as to Count 2 above, proceed to Count 3.  If not, you must consider the lesser offense:

   **Assaulting, Resisting or Impeding Officer C.E. (Physical Contact or Intent to Commit Another Felony)**

_____          _____✓_____
Guilty                              Not Guilty

**Count 3:**   **Assaulting Officer D.C. (Deadly/Dangerous Weapon)**

_____✓_____          _____
Guilty                              Not Guilty

1

If you have marked Guilty as to Count 3 above, proceed to Count 5. If not, you must consider the lesser offense:

**Assaulting, Resisting or Impeding Officer D.C. (Physical Contact or Intent to Commit Another Felony)**

| | |
|---|---|
| _____ | _____ |
| Guilty | Not Guilty |

**Count 5:** **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

| | |
|---|---|
| _____ | ____✓____ |
| Guilty | Not Guilty |

If you have marked Guilty as to Count 5 above, proceed to Count 6. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

| | |
|---|---|
| _____ | ____✓____ |
| Guilty | Not Guilty |

**Count 6:** **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

| | |
|---|---|
| _____ | ____✓____ |
| Guilty | Not Guilty |

If you have marked Guilty as to Count 6 above, proceed to Count 7. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

| | |
|---|---|
| _____ | ____✓____ |
| Guilty | Not Guilty |

2

**Count 7:**      **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                    _____✓_____
Guilty                          Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8.  If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____                    _____✓_____
Guilty                          Not Guilty

**Count 8:**      **Disorderly Conduct in a Capitol Building or Grounds**

_____✓_____                    _____
Guilty                          Not Guilty

**Count 9:**      **Act of Physical Violence at the Capitol Building or Grounds**

_____✓_____                    _____
Guilty                          Not Guilty

**Count 10:**     **Obstruction of an Official Proceeding**

_____✓_____                    _____
Guilty                          Not Guilty

Dated this ___2nd___ day of February, 2024

JIA M. COBB
U.S. District Court Judge

3

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia   [ ▼ ]

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JAMES TATE GRANT | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number: 21-cr-00537- 2 (JMC)<br><br>USM Number: 69696-509<br><br>Robert A. Feitel<br>Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    14ss and 15ss of the fourth Superseding Indictment filed on 2/15/2023.

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☑ was found guilty on count(s)    1ss, 3ss, 8ss, 9ss of the fourth Superseding Indictment filed on 2/15/2023.
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:231(a)(3), 2 | Civil Disorder. | 1/6/2021 | 1ss |

### *** CONTINUED ON NEXT PAGE ***

The defendant is sentenced as provided in pages 2 through ____8____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)    2ss, 5ss, 6ss, 7ss.

☑ Count(s)   10ss        ☑ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/19/2024
Date of Imposition of Judgment

_Jia M. Cobb_
Signature of Judge

Jia M. Cobb, U.S. District Judge
Name and Title of Judge

9/25/2024
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page ___2___ of ___8___

DEFENDANT:   JAMES TATE GRANT
CASE NUMBER:   21-cr-00537- 2 (JMC)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:111(a)(1) and (b), 2 | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily Injury, and Aiding and Abetting. | 1/6/2021 | 3ss |
| 40:5104(e)(2)(D) | Disorderly Conduct in a Capitol Building or Grounds. | 1/6/2021 | 8ss |
| 40:5104(e)(2)(F) and 2 | Act of Physical Violence in the Capitol Grounds or Buildings and Aiding and Abetting. | 1/6/2021 | 9ss |
| 40:5104(e)(2)(C) | Entering and Remaining in Certain Rooms in the Capit Building. | 1/6/2021 | 14ss |
| 40:5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. | 1/6/2021 | 15ss |

AO 245B  (Rev. 09/19)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __3__ of __8__

DEFENDANT:   JAMES TATE GRANT
CASE NUMBER:   21-cr-00537- 2 (JMC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

36 months (3 years) as to each of Counts 1ss and 3ss, 6 months as to each of Counts 8ss, 9ss, 14ss and 15ss, to run concurrently, with credit for time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___4___ of ___8___

DEFENDANT:   JAMES TATE GRANT
CASE NUMBER:   21-cr-00537- 2 (JMC)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

36 months (3 years) as to each of Counts 1ss and 3ss, to run concurrently.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
        ☐ The above drug testing condition is suspended, based on the court's determination that you
            pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of
            restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as
            directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you
            reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page _____5_____ of _____8_____

DEFENDANT:  JAMES TATE GRANT
CASE NUMBER:  21-cr-00537- 2 (JMC)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____     Date _____

Judgment—Page    6    of    8

DEFENDANT:  JAMES TATE GRANT
CASE NUMBER:  21-cr-00537- 2 (JMC)

## SPECIAL CONDITIONS OF SUPERVISION

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Substance Abuse Treatment -You must participate in an inpatient and/or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

The Court authorizes supervision to be transferred to the United States District Court for the Eastern District of North Carolina.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page    7    of    8

DEFENDANT: JAMES TATE GRANT
CASE NUMBER: 21-cr-00537- 2 (JMC)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 240.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Payable to the Clerk of the Court for the | | | |
| United States District Court for the District | | | |
| of Columbia for disbursement to the following | | | |
| victim: | | | |
| | | | |
| Architect of the Capital | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, Room H2-205B | | | |
| Washington, DC 20515 | | | |
| | | | |
| TOTALS | $              0.00 | $         2,000.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT:  JAMES TATE GRANT
CASE NUMBER:  21-cr-00537- 2 (JMC)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ __240.00__  due immediately, balance due

        ☐  not later than _____ , or
        ☑  in accordance with  ☐ C,   ☐ D,   ☐ E, or   ☑ F below; or

**B**  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:

        The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333
Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.