UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 Cr. 537 (JMC) |
| v. | : | |
| JAMES TATE GRANT | : | |
| Defendant. | : | |

**DEFENSE MOTION TO MODIFY**
**<u>CONDITIONS OF PROBATION</u>**

Defendant James Grant respectfully moves this Court to modify his conditions of probation to allow him to travel to Washington, D.C. from January 19-22, 2025 to attend the Presidential inauguration. The defendant intends to stay at a residence in Washington, D.C. being rented by Nicole Reffitt, the wife of convicted January 6 protestor Guy Reffitt. <u>See</u> 21 Cr. 32 (DLF). At counsel's request, his client contacted Mrs. Reffitt, who advised that no other persons with felony convictions would be present at the home. The defendant was also invited to the Multicultural Coalition Inaugural Ball by a person named Alicia Powe.

The defendant is currently living in North Carolina, and his conditions of probation do not permit him to leave the jurisdiction without permission of his probation officer or the Court. The defendant advised that his probation officer has not given consent to travel and asked counsel to file this motion. Defense counsel was advised (by his client) that the defendant is in compliance with his conditions of Probation, including negative random drug tests.

Undersigned spoke with one of the prosecutors assigned to this case, who advised that the Government objects to the request for leave to travel. An appropriate draft Order is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____

Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeiteLaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent via ECF to the Assistant United States Attorneys listed on the case docket and counsel for the co-defendants, this 13th day of Janaury, 2025.

Robert Feitel

_____

Robert Feitel